AO 240 (Rev. 10/03)
DELAWARE (Rev 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Jesus Diaz
Plaintiff

v.

Thomas Carroll warden et al.,
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06-550

I, Jesus Diaz, declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant        ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration D.C.C. Smryna Delaware

    **Inmate Identification Number (Required):** SBI # 474251

    Are you employed at the institution? No  Do you receive any payment from the institution? No

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. N/A

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | | ☑ |
    | b. | Rent payments, interest or dividends | | ☑ |
    | c. | Pensions, annuities or life insurance payments | | ☑ |
    | d. | Disability or workers compensation payments | | ☑ |
    | e. | Gifts or inheritances | | ☑ |
    | f. | Any other sources | | ☑ |

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?　•• Yes　✓• No

   If "Yes" state the total amount $ NONE

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? NONE
   　　　　　　　　　　　　　　　　　　　　　　　　　　　•• Yes　✓• No

   If "Yes" describe the property and state its value. NONE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable. NONE

I declare under penalty of perjury that the above information is true and correct.

8-28-06　　　　　　　　　Jesus Diaz
DATE　　　　　　　　　　SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __112.43__ on account his/her credit at (name of institution) __Delaware Correction Center__.

I further certify that the applicant has the following securities to his/her credit:
__N/A__.

I further certify that during the past six months the applicant's average monthly balance was $ __65.50__ and the average monthly deposits were $ __44.17__.

__8/30/06__  
Date

__Mercedes Valler__ (signature)  
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

*(signature)* 8/30/06

# Certificate of Service

I, _Jesus Diaz_, hereby certify that I have served a true and correct cop(ies) of the attached: _forma pauperis and 1983 civil complaint._ upon the following parties/person (s):

TO: _District Court Clerk_
_U.S. District Court_
_Lockbox 18_
_Wilmington DE 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _28_ day of _August_, 2006

_Jesus Diaz_

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO:      Jesus Diaz        SBI#: 474251

FROM:    Stacy Shane, Support Services Secretary

RE:      **6 Months Account Statement**        06-550

DATE:    8/30/06

---

Attached are copies of your inmate account statement for the months of Feb 2006 to July 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|-----------------------|
| Feb   | $81.13                |
| Mar   | 8.65                  |
| Apr   | 69.16                 |
| May   | 147.67                |
| Jun   | 67.57                 |
| Jul   | 20.49                 |

Average daily balances/6 months: $65.50

Attachments
CC:   File

Mercedes Valle

Paul Howard 8/30/06

# Individual Statement

## For Month of February 2006

Date Printed: 8/30/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $131.27 |
|---|---|---|---|---|---|---|
| 00474251 | Diaz | Jesus | | | | |

Current Location: V

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 2/1/2006 | ($19.70) | $0.00 | $0.00 | $111.57 | 216306 | | | |
| Canteen | 2/8/2006 | ($19.98) | $0.00 | $0.00 | $91.59 | 219900 | | | |
| Canteen | 2/15/2006 | ($19.74) | $0.00 | $0.00 | $71.85 | 223135 | | | |
| Canteen | 2/22/2006 | ($19.48) | $0.00 | $0.00 | $52.37 | 226045 | | | |
| Medical | 2/24/2006 | $0.00 | ($4.00) | $0.00 | $52.37 | 227024 | | 2/9/06 | |
| Medical | 2/24/2006 | ($4.00) | $0.00 | $0.00 | $48.37 | 227419 | | 2/9/06 | |

Ending Mth Balance: $48.37

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 8/30/2006

## For Month of March 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $48.37 |
|---|---|---|---|---|---|---|
| 00474251 | Diaz | Jesus | | | | |

Current Location: V    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/1/2006 | ($19.98) | $0.00 | $0.00 | $28.39 | 229501 | | | |
| Canteen | 3/8/2006 | ($19.90) | $0.00 | $0.00 | $8.49 | 232048 | | | |
| Canteen | 3/16/2006 | ($8.39) | $0.00 | $0.00 | $0.10 | 237811 | | | |

Ending Mth Balance: $0.10

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 8/30/2006

## For Month of April 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.10 |
|---|---|---|---|---|---|---|
| 00474251 | Diaz | Jesus | | | | |
| Current Location: | V | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 4/13/2006 | $60.00 | $0.00 | $0.00 | $60.10 | 249636 | 4826985944 | | L. CLAY |
| Canteen | 4/19/2006 | ($19.43) | $0.00 | $0.00 | $40.67 | 250894 | | | |
| Mail | 4/20/2006 | $25.00 | $0.00 | $0.00 | $65.67 | 253575 | 05115762141 | | J. GONZALEZ |
| Mail | 4/24/2006 | $150.00 | $0.00 | $0.00 | $215.67 | 254217 | 4786426l192 | | H. RODRIGUEZ |
| Canteen | 4/26/2006 | ($20.00) | $0.00 | $0.00 | $195.67 | 255058 | | | |

Ending Mth Balance: $195.67

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 8/30/2006                                                                 Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $195.67 |
|---|---|---|---|---|---|---|
| 00474251 | Diaz | Jesus | | | | |

Current Location:  V

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/3/2006 | ($19.94) | $0.00 | $0.00 | $175.73 | 258733 | | | |
| Canteen | 5/10/2006 | ($19.89) | $0.00 | $0.00 | $155.84 | 261286 | | | |
| Canteen | 5/17/2006 | ($19.77) | $0.00 | $0.00 | $136.07 | 264587 | | | |
| Canteen | 5/24/2006 | ($19.94) | $0.00 | $0.00 | $116.13 | 267135 | | | |
| Canteen | 5/31/2006 | ($15.95) | $0.00 | $0.00 | $100.18 | 271629 | | | |

Ending Mth Balance:  $100.18

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of June 2006

Date Printed: 8/30/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $100.18 |
|---|---|---|---|---|---|---|
| 00474251 | Diaz | Jesus | | | | |

Current Location: V

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/7/2006 | ($16.43) | $0.00 | $0.00 | $83.75 | 276192 | | | |
| Canteen | 6/14/2006 | ($19.80) | $0.00 | $0.00 | $63.95 | 279085 | | | |
| Canteen | 6/21/2006 | ($19.90) | $0.00 | $0.00 | $44.05 | 281853 | | | |
| Canteen | 6/29/2006 | ($24.13) | $0.00 | $0.00 | $19.92 | 285065 | | | |

Ending Mth Balance: $19.92

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 8/30/2006  
Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $19.92 |
|---|---|---|---|---|---|---|
| 00474251 | Diaz | Jesus | | V | | |

Current Location:    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 7/6/2006 | $30.00 | $0.00 | $0.00 | $49.92 | 288272 | | | |
| Canteen | 7/13/2006 | ($24.68) | $0.00 | $0.00 | $25.24 | 291028 | | | |
| Canteen | 7/20/2006 | ($24.45) | $0.00 | $0.00 | $0.79 | 295154 | 484371607 | | B. RODRIGUEZ |

Ending Mth Balance: $0.79

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: $0.00