(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Jesus Diaz #474251
(Name of Plaintiff)          (Inmate Number)

D.C.C. 1181 Paddock Rd.
(Complete Address with zip code)

(2) Smyrna DE, 19977
(Name of Plaintiff)          (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Thomas Carroll (warden)
(2) C.M.S. Correction Medical Service
(3) Cpl. Merson, I.G.C.
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06 - 550

(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

2006 SEP -5 PM 1:05
BO scanned
IFP

## I.  PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NONE

_____

_____

_____

_____

_____

( 1. )

II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution?  · ·Yes  · ·No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims?  · ·Yes  · ·No

C.   If your answer to "B" is Yes:

   1. What steps did you take? I filed sick call slips and medical grievances

   2. What was the result? Unresolved, plaintiff in pain with degenerative loss of eyesight.

D.   If your answer to "B" is No, explain why not: N/A

III.  DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Thomas Carroll

   Employed as Warden at D.C.C.

   Mailing address with zip code: Department of Correction
   245 McKee Rd Dover De. 19901

(2) Name of second defendant: C.M.S. Correction Medical Service

   Employed as Medical Staff at D.C.C.

   Mailing address with zip code: Correction Medical Service
   1201 College Park Dr Suite 101 Dover De. 19904

(3) Name of third defendant: Cpl. Merson

   Employed as IGC Chairman at D.C.C.

   Mailing address with zip code: Department of Correction
   245 McKee Rd Dover De. 19901

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## Defendants

(4). Ms. Lee Anne Dunn, employed as
medical investigating personel for C.M.S.
at D.C.C. 1181 Paddock Road Smyrna,
Delaware 19977

(5.) Ms. Deborah Rodweller, employed as
medical investigating personel at
D.C.C. 1181 Paddock Road Smyrna
Delaware 19977

(6.) Ms. Cindy Atallian, employed as a
Counselor at D.C.C. 1181 Paddock
Road Smyrna Delaware 19977

The plaintiff is holding all the
defendants in this civil complaint
liable in their individual and
official capacity due to the
violation of his 8th and 14th
constitutional amendment rights.

(B.)

## IV. STATEMENT OF CLAIM

Plaintiff claims Thomas Carroll, is the warden of D.C.C. and he is being held liable in his individual and official capacity. Plaintiff claims the warden lacks education and trainning and is constantly violating plaintiff's 8th and 14th constitutional amendment rights by failing to provide adequate medical care or an adequate medical grievance procedure.

Plaintiff claims breach of contract due to Thomas Carroll knowingly and willingly with reckless disregard to plaintiff's health, did enter into a medical contract with C.M.S. knowing the contract was going to be broken, thereby violating 8th and 14th constitutional amendment rights

(4.)

Plaintiff claims Thomas Carroll has Knowingly, willingly and intentional with a reckless disregard for the plaintiff's health failed and refuser to provide plaintiff with adequate medical care, thereby violating his 8th and 14th constitutional amendment rights and further causing pain and loss of sight in both eyes.

Plaintiff claims Thomas Carroll has Knowingly, willingly and intentional failed to do criminal back ground checks on hired employees and this negligence has caused people with criminal records to work at D.C.C. and loose plaintiff's sick call slips and grievance forms thereby causing pain and loss of sight in both eyes and this was a direct violation of plaintiff's 8th and 14th constitutional amendment rights.

(5.)

Plaintiff claims C.M.S. Correction Medical Service did knowingly willingly and intentionally with a reckless disregard to plaintiffs health, did breach the contract to provide adequate medical care to plaintiff, thereby violating his 8th and 14th constitutional amendment rights.

Plaintiff claims C.M.S. did knowingly willingly and intentionally refused and delayed giving plaintiff adequate medical care to his eyes, thereby creating irrepairable damage to the plaintiffs eyes causing loss of sight in both eyes.

Plaintiff claims C.M.S. did knowingly willingly and intentionally refused and delayed to give plaintiff medical care due to C.M.S. not wanting to spend money for plaintiff's health care.

(6.)

Plaintiff claims C.M.S. has knowingly willingly and intentionally failed to do criminal background checks or drug testing on employees and this negligence has caused people with criminal records and drug addicts to work at D.C.C. and as a direct result of C.M.S.'s negligence, Plaintiff has suffered and continues to suffer from loss of sight in both eyes and pain daily

Plaintiff claims medical malpractice against C.M.S. and D.C.C. due to not getting adequate medical care due to C.M.S. and D.C.C. trying to save money by not giving plaintiff adequate medical care, thereby causing pain and loss of sight in both eyes which also violated plaintiff's 8th and 14th constitutional amendment rights, from 8/29/03 until 8/29/06 C.M.S. has constantly denied and lost plaintiff's paper work for proper medical care.

(7.)

Plaintiff claims Clp. Merson is head Chairman of the inmates grievance committee and lacks education and trainning to be head chairman of the grievance committee due to her failure to process the grievance in accordance with the laws of Delaware and the policies and procedures of D.C.C. from 8/29/03 until the filing of this complaint

Plaintiff claims Clp. Merson did intentionally, knowingly willingly with reckless disregard to plaintiffs health continue to loose and/or fail to process plaintiff's medical grievances, thereby violating his 8th and 14th constitutional amendment right, which has caused his medical care to be delayed, this negligence has left plaintiff in pain and loss of sight in both eyes

(8.)

Plaintiff claims Clp. Merson, is negligent and incompetent and has intentionally knowingly, willingly, with a reckless disregard to plaintiffs health block and delay the surgery which has already been ordered thereby violating plaintiff's 8th and 14th constitutional amendment rights

Plaintiff claims Clp. Merson did knowingly intentionally and willingly with a reckless disregard for plaintiffs health failed and refused to honor the request of Cindy Atallian to help plaintiff take care of his medical condition concerning his eyes from 8/29/03 until Now this is a direct violation of plaintiff's 8th and 14th constitutional amendment rights, thereby causing paining and suffering as well as damage and loss of sight in both eyes.

(9.)

Plaintiff claims Ms. Lee Anne Dunn, was employed as a medical investigating person for C.M.S., and did knowingly willingly and intentional, breach the contract to provide plaintiff with adequate medical care, on or about 9/13/05

Plaintiff claims Ms. Lee Anne Dunn, lacks education and trainning to be a medical investigating person for C.M.S. at D.C.C. because she refused to follow proper procedures so plaintiff could get adequate medical care for his eyes on or about 9/13/05

Plaintiff claims Ms. Lee Anne Dunn did intentionally knowingly and willingly fail to investigate plaintiff's medical condition, thereby violating plaintiff's 8th and 14th constitutional amendment rights, and caused pain with loss of sight in both eyes.

(10.)

Plaintiff claims Ms Lee Anne Dunn did intentionally knowingly and willingly mislead the grievance board at D.C.C. on 9/13/05 by stating she would make sure Plaintiff would begin to get adequate medical care for his eyes, but plaintiff havent, thereby causing him pain and loss of sight in both eyes.

Plaintiff claims Ms Lee Anne Dunn did intentionally knowingly and willingly with a reckless disregard for plaintiffs health, misplace, loose, and stop plaintiffs grievances from going forward so he could get adequate medical care for his eyes, this caused loss of eye sight and pain thereby violating his 8th and 14th constitutional amendment rights.

(11.)

Plaintiff claims Ms. Deborah Rodweller was employed as a medical investigator for C.M.S. when she knowingly willingly and intentionally breach the contract to provide plaintiff with adequate medical care on or about 4/26/06

Plaintiff claims Ms Deborah Rodweller lacks education and trainning to be a medical investigator for C.M.S. at D.C.C. and due to Ms. Deborah's lack of education and trainning plaintiff has suffered and continues to suffer from pain and loss of sight in both eyes

Plaintiff claims Deborah Rodweller did intentionally knowingly and willingly failed to investigate plaintiff's medical condition, thereby violating plaintiff's 8th and 14th constitutional amendment rights with pain and loss of sight in both eyes. (12.)

Plaintiff claims Ms. Deborah Rod-weller did intentionally knowingly and willingly mislead the grievance board at D.C.C. on 4/26/06 by stating she would make sure plaintiff would begin to get adequate medical care for his eyes, but plaintiff havent, thereby causing him pain and irreparable damage in both eyes and loss of sight in both eyes.

Plaintiff claims Ms. Deborah Rodweller did intentionally, knowingly and willingly with a reckless disregard for plaintiff's health, when she misplaced, loss and/or stopped plaintiff's grievances from going forward so he could get adequate medical care for his eyes, this caused loss of eyesight, pain and irreparable damage in both eyes thereby violating his 8th and 14th constitutional amendment rights.

(13.)

Plaintiff claims Ms. Cindy Atallian was counselor at D.C.C., but she lacks education and trainning to be a counselor, due to her failure to follow policies and procedures of D.C.C.

Plaintiff claims Ms. Cindy Atallian failed to honor her position when she violated plaintiff's 8th and 14th constitutional amendment rights

Plaintiff claims Ms. Cindy Atallian interferred with the medical process which caused plaintiff's medical problem to be delayed and denied, which has also caused plaintiff pain and loss of sight in both eyes

( 14. )

Plaintiff claims Cindy Atallian did intentionally knowingly and willingly with a reckless disregard for plaintiffs health failed and/or refused to report the D.C.C. and C.M.S. officials to the propper Delaware authorities due to plaintiff not being provided with adequate care, this was a direct violation of plaintiffs 8th and 14th constitutional amendment rights thereby causing pain and loss of sight in both eyes.

Plaintiff claims Cindy Atallian did intentionally knowingly and willingly with a reckless disregard for plaintiffs health did mislead the plaintiff by stating she would help him get adequate medical care, so plaintiff would delay in filing this civil complaint, which caused pain and irrepairable damage in both eyes

(15.)

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Plaintiff claims Breach of Contract against D.C.C. and C.M.S. for failing to provide adequate medical care to plaintiff, thereby violating plaintiffs 8th and 14th constitutional amendment rights.

2. Plaintiff claims medical malpractice due to C.M.S. delaying and denying him adequate medical care which is causing him pain and to loose eyesight in both eyes, which violates his 8th and 14th constitutional amendment rights

3. Plaintiff claims inadequate medical grievance procedure, which has lost and delayed the grievance process, therefore plaintiff has no other remedy but to go to court

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. WHEREFORE, plaintiff humbly pray's this honorable court to grant declaratory judgement for plaintiff against the defendants due to the violation of plaintiff's 8th and 14th constitutional amendment rights

16

2. Further grant plaintiff punitive damages in the amount of # 100.000,ᵒᵒ ONE HUNDRED THOUSAND DOLLARS againts each defendant involved in this civil complaint

3. Further awarding compensatory damages in the amount of #100.000,ᵒᵒ ONE HUNDRED THOUSAND DOLLARS As well as statutory damages and investigation and attorney fees and all other relief the Court deems just!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___28___ day of ___August___, 2006.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

17

Certificate of Service

I, _Jesus Diaz_ , hereby certify that I have served a true

and correct cop(ies) of the attached: _Civil Complaint 1983_ .

_____ upon the following

parties/person (s):

8 copies   TO: _District Court Clerk_        TO: _____

_U.S. District Court_        _____

_Lockbox 18_        _____

_Wilmington DE 19801_        _____

_____

TO: _____        TO: _____

_____        _____

_____        _____

_____        _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road,  Smyrna, DE
19977, postage to be paid by the Dept. Of Corrections.

On this _28_ day of _August_ , 200**6**

_Jesus Diaz_

(18)

Office of the clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware 19801-3570

I/M Jesus Diaz
SBI# 479251    Unit W-19-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Affidavit

To Lawyer

From Jesus Diaz Lower 6 D-Tier

Subject 6536 Medical Care
The Department shall promulgate
Reasonable standards and shall
establish reasonable health and
medical services. exhibits A, B, C, D, E, F
These services were not given
which cause harm. This undermines
the Fundamental, Legality reliabilit
integrity or Fairness of the proc-
eedings.
Unduly prejudical due process was
violated. This brought about 8th
Amendment violation,

Inmates eye is really bad which
is causing him harm
By the proper procedures being over
looked is a miscarriage of justice

(1)

These peur proceedings cause deliberate and callous indifferenc toward Inmate and violated his Due process rights U.S.C.A, 5th Amendment

Documentation sent will show prejudice.

Medical has concealed False entry which hinders proper Treatment Falsely altering Treatment years causes serious harm to Inmates eye.

The whole medical proceedings has been Tainted which affects progress For Inmate which is illegal.

Not giving proper opportunity For Treatment of growth within eyes causes harm.

Respectfully

Inmate should of never had To be under years without any Treatment.

c/c

(1)

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/14/2005

ex A

11-26-05

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Offender Name : | DIAZ, JESUS C | SBI# | : 00474251 | Institution | : DCC |
| Grievance # | : 17147 | Grievance Date | : 09/06/2005 | Category | : Individual |
| Status | : Unresolved | Resolution Status : | | Resol. Date | : |
| Grievance Type: | Health Issue (Medical) | Incident Date | : 08/29/2003 | Incident Time : | |
| IGC | : Merson, Lise M | Housing Location : | Bldg 22, Lower, Tier D, Cell 6, Bottom | | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate claims: Since 8-29-03, I have been complaining of a type of growth on my left eye. I filed a medical slip on the above date and several after. My original slip was returned and it indicated that I was referred to sick call. I have placed many medical slips on this issue in the medical box and still have not been seen. As of now, the growth is now on my right eye. It is causing me much pain and irritation. I do not understand why I have not been seen by a doctor. If this growth is cancerous, tumerous or some sort of cataract, then it would be necessary to have them looked at and removed.

Remedy Requested    : Inmate states: That I am treated.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 09/13/2005 | |
| Investigation Sent : 09/13/2005 | Investigation Sent To | : Dunn, Lee Anne |
| Grievance Amount : | | |

DCC Delaware Correctional Center
Date: 09/14/2005
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DIAZ, JESUS C | SBI# : 00474251 | Institution : DCC |
| Grievance # : 17147 | Grievance Date : 09/06/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 08/29/2003 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 22, Lower, Tier D, Cell 6, Bottom | |

### INFORMAL RESOLUTION

Investigator Name : Dunn, Lee Anne                    Date of Report  09/13/2005

Investigation Report :

Reason for Referring:

Will get sneller & rosenbaum done
If sut interfering with vision will send
to Optometry but if 4 problems we will
just F/u every 2months

Offender's Signature: _Jesus Diaz_

Date : _9-21-05_

Witness (Officer) _[signature]_

4-13-06

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977          ex B
Phone No. 302-653-9261

Date:04/26/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : DIAZ, JESUS C | SBI# : 00474251 | Institution : DCC |
| Grievance # : 34204 | Grievance Date : 04/13/2006 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/13/2006 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Lower, Tier D, Cell 6, Bottom | |

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate claim: For the past 3 years I have been complaining to the medical staff through the sick call slips about my cataracts. I have filed medical grievances and I have been ignored. The cataracts started on my left eye and is now forming on my right eye. One of my eyes are completely covered. I am irritated at the fact that the medical department has done nothing for the past three years that I have been complaining about this problem.

Remedy Requested    : To provide some type of treatment for my cataracts. If not, provide an answer to the inmate of medical staff failure to provide medical treatment.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 04/26/2006 |
| Investigation Sent : 04/26/2006 | Investigation Sent To : Rodweiler, Deborah |
| Grievance Amount : | |

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/26/2006

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DIAZ, JESUS C | SBI#          : 00474251 | Institution    : DCC |
| Grievance #   : 34204 | Grievance Date  : 04/13/2006 | Category     : Individual |
| Status         : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date   : 04/13/2006 | Incident Time : |
| IGC          : Merson, Lise M | Housing Location :Bldg 22, Lower, Tier D, Cell 6, Bottom | |

### INFORMAL RESOLUTION

Investigator Name   : Rodweller, Deborah                    Date of Report  04/26/2006

Investigation Report :

Reason for Referring:

Offender's Signature:_____

Date                    :_____

Witness (Officer)     :_____

Page 2 of 2

EX C

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY:  DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL)  DENTAL  MENTAL HEALTH

Jesus Diaz
_____
Name (Print)

22  D-U-2
_____
Housing Location

9-10-74
_____
Date of Birth

424751
_____
SBI Number

12/05/05
_____
Date Submitted

Complaint (What type of problem are you having)? I've been (Suffering) from
Xerophthalmia," now its on my other eye Please give me some
type of help, because my eye is really bothering me. Give
me some help, I'm not trying to lose my sight. Thank You

Jesis Diaz
_____
Inmate Signature

12/5/05
_____
Date

**The below area is for medical use only.  Please do not write any further.**

S: Consult for eye doctor written  12/27/05

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:___ 1-3-06

A:

P:

E:

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DEO'
FORM#:
MED
263

ex D

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Jesus Diaz
Name (Print)

C - Building
Housing Location

9-10-74
Date of Birth

0047425l
SBI Number

8-29-03
Date Submitted

Complaint (What type of problem are you having)? I have a bump on the inside of my left eye. I have something that is starting to cover the brown part of my eye. It's on the left one. It's coming from the right side of my eye.

Jesus Diaz
Inmate Signature

8-29-03
Date

**The below area is for medical use only. Please do not write any further.**

S: You have been referred to sick call — MB

O: Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

A:

P:

E:

SEP 08 2003
RECEIVED

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED
255

ex E

January 19, 2006

Jesus Diaz, 47425!
22
DL6

I took your name to the mental health meeting to discuss your eye issue.  Also, today, I met with medical staff about your issue.  The staff advised me that they are aware of your eye concerns, and that you should be waiting for an appointment/referral now for an ophthalmologist (who would be an eye specialist).  They have to work out the details for you to be seen at this time, but I am hopeful that it will not take long.

Please write to me after you are seen and let me know how you make out.
Thank you,

Cindy Atallian
Counselor – 22

ex F

February 23, 2006

Medical
MHU

Could you please review the attached letter from Jesus Diaz, 474251 – 22 – DL6 with medical concerns over his eyes?

Thank you so much.

Cindy Atallian
Counselor – 22