IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JESUS DIAZ, )
)
      Plaintiff, )
)
v. ) Civ. No. 06-550-SLR
)
WARDEN THOMAS CARROLL, )
CMS CORRECTION MEDICAL SERVICE, )
CPL MERSON, LEE ANNE DUNN, )
DEBORAH RODWELLER, and )
CINDY ATTALLIAN, )
)
      Defendants. )

**AUTHORIZATION**

FILED

OCT - 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Jesus Diaz, SBI #474251 request and authorize the agency *80 scanned*
holding me in custody to disburse to the Clerk of the Court the
initial partial filing fee of $13.04 and the subsequent payments
pursuant to 28 U.S.C. § 1915(b) and required by the Court's order
dated _September 14_, 2006.

This authorization is furnished to the Clerk of Court in
connection with the filing of a civil action, and I understand
that the filing fee for the complaint is $350.00. I also
understand that the entire filing fee may be deducted from my
trust account regardless of the outcome of my civil action. This
authorization shall apply to any other agency into whose custody
I may be transferred.

Date: _9- 19_, 2006.

C. COPY.

Jesus Diaz
Signature of Plaintiff

I/M JESUS DAZ

SBI# 424251    UNIT V-A-6

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

29 SEP 2006 PM 1 T

U.S.M.S.
X-RAY

Office of The Clerk

United States District Court

844 N. King Street, Lock-box 18

Wilmington Delaware 19801-3570