10/1/06

Honorable Sue L. Robinson,                 06-550

My name is Jesus Diaz and I am writting you to verify that you have recieved the thirteen dollars that I sent to you in order for my case against the medical staff of this institution can continue. The money was sent out as of 9/24/06.

Respectfully, Jesus Diaz SBI 474281 V-A-6

FILED
OCT - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BJ scanned

I/M Jesus Diaz
SBI# 424251 UNIT K/A-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
03 OCT 2006 PM

U.S.M.S X-RAY

Judge Sue L. Robinson
Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmin Delaware 19801-3570