12-20-06

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Jesus Diaz, )
    plaintiff, )
              )
v.               )   Civ. No. 06-550-SLR
               )
Carroll et; al; )
    defendants, )

FILED
DEC 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now Jesus Diaz, pro-se, and moves this Honorable Court for a Motion For Appointment of Counsel, pursuant to Fed. Civ. R. 8 as well as 18 U.S.C. § 3006 A.

Plaintiff is filing this Motion For Appointment of Counsel on or about this ___ day of December 2006

In support of this motion plaintiff asserts the following:

1.) Plaintiff states he is the person who filed the initial complaint against the defendants.

2.) Plaintiff states due to his loss of sight as alleged in the complaint he is unable to litigate this complaint, and plaintiff did have help with the complaint and with this motion.

3.) Plaintiff states at times he is considered completely and legally blind; therefore is intitled to an attorney under the disability act.

4.) Plaintiff states he needs an attorney to Amend the complaint, due to further negligence of the defendants during opperation and the inadequate procedures at D.C.C.!

5.) Plaintiff states he is indigent and filed this civil complaint under forma pauperis and is in need of an attorney now due to his loss of eye sight.

6a) Plaintiff states that he is in the process of sending letters to attorneys and he has done everything trying to obtain counsel.

WHEREFORE plaintiff humbly prays this Honorable Court grant this Motion for Appointment of Counsel in the interest of justice due to the violation of plaintiff's 8th and 14th constitutional amendment rights

*Jesus Diaz*
Jesus Diaz
D.C.C.
1181 Paddock Rd.
Smyrna De, 19977

Date: 12-20-06

## Certificate of Service

I, _Jesus Diaz_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion For Appointment of Counsel_ upon the following parties/person (s):

TO: Hon. Robinson
U.S. District Court
844 King St.
Wilm. De. 19801

TO: District Court Clerk
U.S. District Court
844 King St.
Wilm. De. 19801

TO: District Attorney
Dept. of Justice
820 N. French St.
Wilm. De. 19801

TO: 

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _20_ day of _December_, 2006

_Jesus Diaz_

I/M JESUS DIAZ
SBI# 424251   UNIT MHC-23-3-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 DEC 2006 PM 3 L

Office of The Clerk
United States District Court
844 N. King Street, lockbox 18
Wilmington, Delaware
19801-3570

U.S.M.S X-RAY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jesus Diaz,
    plaintiff
v.

Carroll, et al;
    defendants,

Civ. No. 06-550-SLR

FILED
DEC 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that the enclosed Motion For Appointment of Counsel, will be presented to this Honorable Court at the earliest possible convenience.

Jesus Diaz
Jesus Diaz
D.C.C.
1181 Paddock Rd.
Smyrna De. 19977