IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jesus Diaz,
    plaintiff, ) Civ. No. 06-550 SLR
V.

Thomas Carroll et al,
    defendants,



FILED
JUN - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## AFFIDAVIT

    Jesus Diaz, being duly affirmed according to law, deposes and say:
    Plaintiff states he did file a civil complaint against D.C.C. and C.M.S. due to the constant violations of plaintiff's 8th and 14th constitutional amendment rights, as well as breach of contract for being denied adequate medical care.
    Plaintiff states he stands by every claim filed in the complaint in this case and humbly request this Honorable Court to allow plaintiff to hold all defendants liable in their individual and official capacity.

Plaintiff states D.C.C. and C.M.S has a history of not providing adequate medical care to prisoners. D.C.C. also has a history of contracting with negligent and incompetent companies to provide medical care to prisoners, under a false pretense of an obligation to the laws of Delaware. D.C.C. and C.M.S. are in breach of the contract to provide plaintiff adequate medical care under Delaware law Title 11 § 6536

Plaintiff states D.C.C. and CMS was forced to enter into a contract with the Federal Government concerning the medical care of inmates, due to the negligent medical care which C.M.S. have been providing.

Plaintiff is going blind due to the negligence of the defendants and the defendants are not providing the adequate medical care, required by contracts of D.C.C. and C.M.S. and the Court Order with the Federal Government.

By _Jesus Diaz_

Subscribed and sworn to before me this 30th day of May 2007

My Commission Expires Sept 17, 2008

Notary

## Certificate of Service

I, _Jesus Diaz_, hereby certify that I have served a true and correct cop(ies) of the attached: _Affidavit Civ. No. 06-550 SLR_ _____ upon the following parties/person (s):

TO: _District Court Clerk_
_U.S. District Court_
_844 King St_
_Wilm. DE. 19801_

TO: _Hon. Sue L. Robinson_
_U.S. District Court_
_844 King St._
_Wilm. DE. 19801_

TO: _Eric Scott Thompson_
_1220 N. Main St. 5th Fl._
_P.O. Box 8888_
_Wilm. DE. 19899-8888_

TO: _Stacey Xarhoulakos_
_Attorney Generals Office_
_Dept of Justice_
_820 N. French St._
_Wilm. DE. 19801_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _31_ day of _May_, 2007

_/Jesus Diaz_

I/M: Jesus Diaz
SBI# 474251    UNIT MHU-23-B-66
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



POSTAGE DUE 52¢

Office of The Clerk
U.S. District Court
844 N. King Street, Lockbox. 18
Wilminton D.Elaware
19801-3570