IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT

Jesus Diaz )
      plaintiff )
     )
V. )
     )
     ) Civ. No. 06-550·SLR
Carroll, et al; )
    defendants )



## NOTICE OF MOTION

    PLEASE TAKE NOTICE, that the enclosed Motion For Appointment of Counsel, will be presented to this Honorable Court at the earliest possible convenience.

Date: 7-13-07

_Jesus Diaz_
Jesus Diaz #474251
D.C.C.
1181 Paddock Rd
Smyrna De. 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jesus Diaz
      plaintiff,   )
                 )
                 )
  V.             )  Civ. No. 06-550-SLR
                 )
                 )
Carroll, et al;     )
      defendants.   )

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, Jesus Diaz, pro-se and moves this Honorable Court for a Motion For Appointment of Counsel, pursuant to Fed. Civ. R. 8. as well as 18 U.S.C. § 3006 A.

Plaintiff is filing this Motion For Appointment of Counsel on or about          this          day of July 2007

IN support of this motion plaintiff asserts the following:

1.) Plaintiff states he is the person who filed the initial complaint against the defendants.

2.) Plaintiff states due to his loss of sight as alleged in the complaint he is unable to litigate this complaint with out the help of an inmate.

3.) Plaintiff states he needs this Honorable Court to appoint an attorney to litigate for plaintiff in this case, to file for more surgery through a Court Order, because the defendants are refusing.

4.) Plaintiff claims as alleged in the complaint the defendants are violating the medical grievance process, thereby refusing to provide plaintiff adequate medical care. see attached; Ex. A

    WHEREFORE, plaintiff humbly prays this Honorable Court grant this Motion For Appointment of Counsel, in the interest of justice due to the violation of plaintiff's 8th and 14th constitutional amendment rights.

                                    Jesus Diaz
                                    Jesus Diaz
                                    D.C.C.
                                    1181 Paddock Rd.
                                    Smyrna De. 19977

# Certificate of Service

I, _Jesus Diaz_ , hereby certify that I have served a true

and correct cop(ies) of the attached: _Motion For Appointment_

_of Counsel; Civ. No. 06-550-SLR_ upon the following

parties/person (s):

TO: _HON. S.L. Robinson_
_U.S. District Court_
_844 King st._
_Wilm. De. 19801_

TO: _District Court Clerk_
_U.S. District Court_
_844 King st_
_Wilm. De. 19801_

TO: _Stacey Xarhoulakos_
_District Attorney_
_Dept of Justice_
_820 N. French st_
_Wilm. De. 19801_

TO: _Eric Scott Thompson_
_1220 N. Main St 5th Fl._
_P.O. Box 8888_
_Wilm. DE. 19899-8888_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _13_ day of _July_ , 2007

_Jesus Diaz_

Ex. A

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D.C.C.          DATE SUBMITTED: 6-5-07

INMATE'S NAME: Jesus Diaz       SBI#: H74251

HOUSING UNIT: 23 B-L-6        CASE #: 118824

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

I need to be seen by a doctor on a regular basis concerning loss of eye sight, and eye problems. I had surgery last year and my eye sight is getting worst. I also want to know if I'm going completely blind, in both eyes

RECEIVED

JUN 06 2007

Inmate Grievance Office

GRIEVANT'S SIGNATURE: Jesus Diaz      DATE: 6-5-07

ACTION REQUESTED BY GRIEVANT: I want Lazzer surgery on both eyes

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____ **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

    _____ **Disciplinary Action**               _____ **Parole Decision**

    _____ **Classification Action**

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____ .

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

*You need to follow procedure and submit a sick call slip.*

_____
Inmate Grievance Chairperson

6/11/67
Date

Form#: 584 (F&B)
Reverse revised July '99

I/M Jesus Diaz

SBI# 424251 UNIT AHU 23-B-16

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

16 JUL 2007 PM L T

Office of The Clerk

Unite States District Court

844 N. King Street. lockbox 18

Wilmington Delaware

19801-3570