IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-550-SLR |
| | ) |
| WARDEN THOMAS CARROLL, CORRECTIONAL MEDICAL SERVICES, CPL. MERSON, LEE ANNE DUNN, DEBORAH RODWELLER, and CINDY ATALLIAN, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 16th day of July, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants Lee Anne Dunn's and Deborah Rodweller's motion to dismiss (D.I. 15) is granted.

2. Defendant CMS's motion to dismiss (D.I. 20) is denied.

3. Plaintiff's motions to appoint counsel (D.I. 8, D.I. 25) are denied without prejudice.

United States District Judge