IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-550-SLR |
| | ) |
| WARDEN THOMAS CARROLL, | ) |
| CMS CORRECTIONAL MEDICAL | ) |
| SERVICE, CPL MERSON, and | ) |
| CINDY ATALLIAN, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this ___ day of July, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. Defendant Correctional Medical Service shall file their answer to the complaint no later than **August 31, 2007**.

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **November 30, 2007.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment motions and an

opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **January 2, 2008**. Answering briefs and affidavits, if any, shall be filed on or before **February 4, 2008**. Reply briefs shall be filed on or before **February 19, 2008**.

_____
United States District Judge