IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jesus Diaz,
        plaintiff,

V.

Carroll, et al;
        defendants,

)
)
)
)
)
)
)
)
)
)

Civ. No. 06-550 SLR

To: Peter T. Dalleo
Clerk of Court
U.S. District Court
844 King st
Wilm. De. 19801

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that the enclosed Motion For Default Judgement is being presented to this Honorable Court at the earliest possible convenience.

Jesus Diaz
Jesus Diaz
D.C.C.
1181 Paddock Rd.
Smyrna De. 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jesus Diaz,
       plaintiff,

    V.

Carroll, et al.
       defendants,

Civ. No. 06-550-SLR

## MOTION FOR DEFAULT JUDGEMENT

Comes now plaintiff Jesus Diaz pro-se and humbly moves this Honorable Court to enter default judgement in this case pursuant to Federal Rules of Civil Procedures, Rule 55 (a).

The defendants in this case are in default for failure to answer or otherwise defend as required by law as of a Court Order filed July 27th, 2007 in accordance with this attached exhibit (A).

Plaintiff is filing this motion in the interest of justice on or about Sept. 2007, due to the violation of his 14th amendment right.

In support of this motion plaintiff asserts the following:

1.) The plaintiff states HON. Sue L. Robinson issued Court Orders on July 27th 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2 (c).

2.) The Court Order requested C.MS Correctional Medical Service to file their answer to the complaint no later than August 31, 2007

3.) Plaintiff claims the defendants have failed or refused to respond as required by law.

4.) Plaintiff claims the defendants haven't filed for an extention of time to file an answer therefore plaintiff request this Honorable Court to strike any out of time answers filed by the defendants.

5.) Plaintiff claims he is intitled to a default judgement by law according to Cir. R. 55 (a) due to the defendants failure to respond to the allegations in the civil complaint.

## Conclusion

WHEREFORE plaintiff prays this Honorable Court to grant this motion and issue a default judgement against the defendants, due to their failure to respond the allegations in plaintiffs 42 U.S.C. § 1983 civil complaint.

Jesus Diaz

Jesus Diaz
D.C.C.
1181 Paddock Rd.
Smyrna DE. 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jesus Diaz                )
            plaintiff,    )
                          )
    V.                    )   Civ. No. 06-550-SLR
                          )
                          )
Carroll, et al;          )
        defendants,      )

## ORDER

IT IS HEREBY ORDERED, this      day
of           2007 that the attached
Motion For Default Judgement being
read and considered. IT IS
ORDERED that the Motion is
hereby Granted!
    IT IS FURTHER ORDERED THAT_____
    _____
    _____
    _____



                        _____
                            JUDGE

## Certificate of Service

I, Jesus Diaz , hereby certify that I have served a true
and correct cop(ies) of the attached: Motion For Default
Judgement Civ.No.06-550 SLR. upon the following
parties/person (s):

TO: District Court Clerk
U.S. District Court
8th King st
Wilm. DE. 19801

TO: HON. Robinson
U.S District Court
844 King st.
Wilm. DE. 19801

TO: Stacey Xarhoulakos
District Attorney
Dept of Justice
820 N. French st
Wilm. DE. 19801

TO: Eric Scott Thompson
1220 N. Main St. 5th Fl.
P.O. Box 8888
Wilm DE 19899-8888

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 7 day of September , 2007

Jesus Diaz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JESUS DIAZ,                                )
                                           )
              Plaintiff,                    )
                                           )
       v.                                  )  Civ. No. 06-550-SLR
                                           )
WARDEN THOMAS CARROLL,                     )
CMS CORRECTIONAL MEDICAL                   )
SERVICE, CPL MERSON, and                   )
CINDY ATALLIAN,                            )
                                           )
              Defendants.                   )

## O R D E R

At Wilmington this $\mathcal{F}^{th}$ day of July, 2007, pursuant to Fed. R. Civ. P. 16 and

D. Del. LR 16.2(c);

IT IS ORDERED that:

1.    Defendant Correctional Medical Service shall file their answer to the

complaint no later than **August 31, 2007**.

2. **Discovery**.  All discovery in this case shall be initiated so that it will be

completed on or before **November 30, 2007.**

3. **Application by Motion**.  Any application to the Court shall be by written

motion filed with the Clerk.  Unless otherwise requested by the Court, the parties shall **not**

deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and an

opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **January 2, 2008.**  Answering briefs and affidavits, if any, shall be filed on or before **February 4, 2008.**  Reply briefs shall be filed on or before **February 19, 2008.**

United States District Judge

I/M Jesus Diaz

SBI# 424257 UNIT MHU-23-B-66

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

To: District Court Clerk

U.S. District Court

844 King St

Wilm. DE. 19801

1980183519 0012

Legal
Mail