# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JESUS DIAZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civ. No. 06-550-SLR** |
| | ) | |
| **WARDEN THOMAS CARROLL,** | ) | |
| **CMS CORRECTION MEDICAL** | ) | |
| **SERVICE, CPL MERSON, LEE ANNE** | ) | |
| **DUNN, DEBORAH RODWELLER, and** | ) | |
| **CINDY ATTALLIAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>NOTICE OF SERVICE</u>

I hereby certify that I have served upon all persons listed below two true and correct copies of the **Interrogatories - Set I of Defendant CMS Correction Medical Serevice, Directed to Plaintiff and Request for Production of Documents - I of Defendant, CMS Correction Medical Service, Directed to Plaintiff,** in the above-captioned matter this date by regular mail to:

Jesus Diaz
SBI # 474251
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

and by electronic filing upon the person listed below:

Stacy Xarhoulakos, Esquire
Department of Justice
Carvel State Office Building
820 North French Street, 8th Floor
Wilmington, DE  19801

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN

BY:   **/s/ERIC SCOTT THOMPSON**

KEVIN J. CONNORS, ESQ. (I.D.#2135)
ERIC SCOTT THOMPSON, ESQ. (I.D.#4633)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4370
Attorneys for  Defendant,

DATED: September 18, 2007     CMS Correction Medical Service

15/531254.v1