IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-550-SLR |
| ) | |
| WARDEN THOMAS CARROLL, ) | |
| CMS CORRECTION MEDICAL ) | |
| SERVICE, CPL MERSON, LEE ANNE ) | |
| DUNN, DEBORAH RODWELLER, and ) | |
| CINDY ATTALLIAN, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE OF DEFENDANT, CMS CORRECTION MEDICAL SERVICES, INC., TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Defendant, CMS, through its undersigned counsel, hereby respectfully moves this Honorable Court to enter the attached Order, denying Plaintiff's Motion for Default Judgment and, in support thereof, avers as follows:

1. On July 27, 2007, this Court entered an Order whereby Defendant, CMS, was to file its Answer to the Complaint no later than August 31, 2007. (D.I. #28).

2. On August 31, 2007, Defendant, CMS, filed its Answer to Plaintiff's Complaint. (D.I. #29).

3. On September 10, 2007, Plaintiff filed a Motion for Default Judgment as to all Defendants, including CMS.

4. The Answer of Defendant, CMS, to Plaintiff's Complaint was clearly filed on or before the August 31, 2007 date set by this Court in its July 27, 2007 Order.

**WHEREFORE,** Defendant, CMS, moves this Honorable Court to deny Plaintiff's Motion for Default Judgment.

|  |  |
|---|---|
|  | **MARSHALL, DENNEHEY, WARNER, COLEMAN AND GOGGIN** |
| **BY:** | **/s/ERIC SCOTT THOMPSON** |
|  | **KEVIN J. CONNORS, ESQ. (I.D.#2135)** |
|  | **ERIC SCOTT THOMPSON, ESQ. (I.D.#4633)** |
|  | **1220 N. Market Street, 5th Floor** |
|  | **P.O. Box 8888** |
|  | **Wilmington, DE  19899-8888** |
|  | **(302) 552-4370** |
|  | **Attorneys for Defendant,** |
| **DATED: September 18, 2007** | **CMS Correction Medical Service** |

15/530137.v1

**CERTIFICATION OF SERVICE**

I hereby certify that I have served upon all persons listed below two true and correct copies of **RESPONSE OF DEFENDANT, CMS CORRECTION MEDICAL SERVICES, INC., TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**, in the above-captioned matter this date by regular mail:

Jesus Diaz
SBI # 474251
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

and by electronic filing upon the person listed below:

Stacy Xarhoulakos, Esquire
Department of Justice
Carvel State Office Building
820 North French Street, 8th Floor
Wilmington, DE 19801

|  |  |
|---|---|
|  | **MARSHALL, DENNEHEY, WARNER, COLEMAN AND GOGGIN** |
| **BY:** | **/s/ERIC SCOTT THOMPSON** |
|  | **KEVIN J. CONNORS, ESQ. (I.D.#2135)** |
|  | **ERIC SCOTT THOMPSON, ESQ. (I.D.#4633)** |
|  | **1220 N. Market Street, 5th Floor** |
|  | **P.O. Box 8888** |
|  | **Wilmington, DE 19899-8888** |
|  | **(302) 552-4370** |
|  | **Attorneys for Defendant,** |
| **DATED:** | **CMS Correction Medical Service** |