IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-550-SLR |
| ) | |
| WARDEN THOMAS CARROLL, ) | |
| CMS CORRECTION MEDICAL ) | |
| SERVICE, CPL MERSON, LEE ANNE ) | |
| DUNN, DEBORAH RODWELLER, and ) | |
| CINDY ATTALLIAN, ) | |
| ) | |
| Defendants. ) | |

**REQUEST FOR PRODUCTION OF DOCUMENTS - I OF DEFENDANT,
CMS CORRECTION MEDICAL SERVICE,
<u>DIRECTED TO PLAINTIFF</u>**

Defendant, by its attorneys, Marshall, Dennehey, Warner, Coleman and Goggin, hereby requests that plaintiff produce and permit defendant to inspect and copy the following documents within thirty (30) days of the service of this request:

1. All statements of any and all witnesses, including any statements from the plaintiff or defendant herein regarding the happening of the incident here involved and/or the circumstances leading up to or subsequent to the incident.

2. All statements which may have been taken in connection with this litigation, including written statements, transcriptions of recorded interviews and summaries of oral statements.

3. All photographs, diagrams, plans or graphic representations of the scene of the alleged accident herein involved.

4. Any and all documents containing the names and business addresses of all individuals contacted as potential witnesses.

5. All bills, receipts, or any other documentation whatsoever regarding medical treatment which plaintiff secured as a result of the incident which is the subject of this litigation.

6. All bills, receipts, or other documentation whatsoever regarding medical expenses which the plaintiff allegedly suffered as a result of the incident which is the subject of this litigation.

7. All reports, records, or other documentation whatsoever pertaining to, or composed in relation to, the injuries which the plaintiff allegedly suffered as a result of the incident which is the subject of this litigation.

8. All reports, statements, or any other documentation whatsoever regarding plaintiff's medical condition, the happening of the accident, or any other matter which is related to this litigation which may have been forwarded to insurance companies.

9. All reports, statements, or any other documentation whatsoever which the plaintiff may have forwarded to insurance companies regarding the injuries allegedly sustained as a result of the accident involved in this litigation.

10. All notes, diaries, or any other recordings or documentations made by the plaintiff regarding the incident here involved as well as those events and circumstances leading up to and subsequent to the incident which is the subject of this litigation as well as the injuries, complaints, conditions, and losses alleged to have been sustained.

11. All reports generated by any police department or other official governmental agency concerning the accident which is the subject of this litigation.

12. All expert reports relating to liability and damages prepared by experts expected to testify at trial on behalf of plaintiff.

13. All reports, records or other documentation whatsoever pertaining to, or composed in relation to, any wage loss or time lost from work which plaintiff allegedly suffered as a result of the incident which is the subject of this litigation.

**MARSHALL, DENNEHEY, WARNER,
     COLEMAN & GOGGIN**
**/s/ ERIC SCOTT THOMPSON**
**ERIC SCOTT THOMPSON, ESQ. (I.D.#4633)**
**1220 N. Market Street, 5th Floor**
**P.O. Box  8888**
**Wilmington, DE  19899-8888**
**(302) 552-4370**
**Attorneys for Defendant,**
**CMS Correction Medical Service**

**DATED: September 18, 2007**

15/528206.v1