IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-550-SLR |
| ) | |
| WARDEN THOMAS CARROLL, CMS ) | JURY TRIAL DEMANDED |
| CORRECTIONAL MEDICAL SERVICE, ) | |
| CPL MERSON, LEE ANNE DUNN, ) | |
| DEBORAH RODWELLER, and CINDY ) | |
| ATALLIAN, ) | |
| Defendants. ) | |

### STATE DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION FOR DEFAULT JUDGMENT

COME NOW, defendants Carroll, Merson, and Atallian ("State Defendants") by and through undersigned counsel and hereby respond in opposition to Plaintiff's Motion for Default Judgment as to all Defendants (D.I. 30). In support of their position, Defendants state the following:

1. Jesus Diaz ("Plaintiff") initiated this action with the Court on September 5, 2006. A service order was issued on December 19, 2006. (D.I. 7). Waivers of service were executed by State Defendants in January of 2007, requiring an Answer to be filed by March 12, 2007. (D.I. 9, 10, 12).

2. State Defendants filed an Answer to the Complaint on March 12, 2007. (D.I. 17).

3. There is no legal basis for Plaintiff's allegations that State Defendants "are in default for failure to answer or otherwise defend as required by law". (D.I. 30, pg. 2).

WHEREFORE, State Defendants respectfully request that this Honorable Court deny Plaintiff's Motion for Default Judgment.

                                                        **DEPARTMENT OF JUSTICE**
                                                        **STATE OF DELAWARE**

                                                        /s/ Stacey Xarhoulakos
                                                        Stacey Xarhoulakos, # 4667
                                                        Deputy Attorney General
                                                        Department of Justice
                                                        820 N. French Street, 6th Floor
                                                        Wilmington, De 19801
                                                        (302) 577-8400

Dated:  September 20, 2007                *Attorney for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2007, I electronically filed *State Defendants' Response in Opposition to Plaintiff's Motion for Default Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on September 20, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

Jesus Diaz
SBI # 474251
Delaware Correctional Center
1181 Paddock Road.
Smyrna, DE. 19977

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us