IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jesus Diaz,                        )
                    plaintiff,     )
                                   )
        V.                         )
                                   )   Civ. No. 06-550-SLR
                                   )
Warden Thomas Carroll              )
C.M.S. Correction Medical          )
Service, et al.,                   )
                    defendant,

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that the enclosed
Motion For Sanctions will be presented
to this Honorable Court at the
earliest possible convenience.



Jesus Diaz

Jesus Diaz
S B I # 474251
D.C.C.
1181 Paddock Road
Smyrna DE. 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jesus Diaz )
         plaintiff, )
    V. )  Civ. No. 06-550-SLR
Warden Thomas Carroll )
C.M.S. Correction Medical )
Service, et al., )
         defendant, )

## MOTION FOR SANCTIONS

Comes now Jesus Diaz, pro-se plaintiff and moves this Honorable Court for Sanctions to be placed upon C.M.S. Correction Medical Service pursuant to Fed. Civ. R. 37.

Plaintiff is filing this motion in the interest of justice on or about this 23rd day of September 2007 due to the violation of his 14th constitutional amendment rights.

In support of this motion plaintiff asserts the following:

1.) Plaintiff states counsel for C.M.S. Eric Scott Thompson, has failed to provide plaintiff with an Answer to the Complaint on or before August 31, 2007, thereby violating the Court Order dated July 27, 2007.

2.) Plaintiff states when he didn't receive the answer and still haven't, plaintiff did file a Motion For Default Judgement with this Court on or about September 10, 2007

3.) Plaintiff states the attorney for C.M.S. Eric Scott Thompson, is practicing wrongful litigation tactics, or is very negligent, due to the fact plaintiff was never served with an answer to the complaint.

4.) Plaintiff states after he filed a motion for a default judgement on or about September 10, 2007, the attorney for C.M.S. Eric Scott Thompson filed a response to the motion for default judgement dated on or about September 18, 2007.

5.)

Plaintiff states it appears Eric Scott Thompson failed to provide proper service of the answer to Plaintiff's Complaint, therefore plaintiff is intitled to a default judgement and for Sanctions to be place against C.M.S.

.

WHEREFORE plaintiff prays this Honorable Court to Order Sanctions be place against C.M.S. and to enter Default Judgement against C.M.S. due to the violation of plaintiff's 8th and 14th constitutional amendment rights.

Jesus Diaz
Jesus Diaz
D.C.C
1181 Paddock Rd.
Smyrna DE. 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jesus Diaz,
           plaintiff,        )
                             )
                             )
                             )
     V.                      )  Civ. No. 06-550-SLR
                             )
Warden Thomas Carroll        )
C.M.S. Correction Medical    )
Service, et al.,             )
               defendant,    )
                             )

## ORDER

IT IS HEREBY ORDERED this    day
of         2007 that the attached
Motion For Sanctions being read
and considered. IT IS ORDERED
that this Motion is hereby <u>GRANTED.</u>
<u>IT IS FURTHER ORDERED THAT</u>


_____
JUDGE

## Certificate of Service

I, Jesus Diaz, hereby certify that I have served a true
and correct cop(ies) of the attached: Motion For Sanction
Civ. No. 06-550-SLR upon the following
parties/person (s):

TO: District Court Clerk
U.S. District Court
844 King st
Wilm. De. 19801

TO: Hon. Robinson
U.S. District Court
844 King st
Wilm. De. 19801

TO: Stacy Xarhoulakos
Dept of Justice
820 N. French St. 8th Fl.
Wilm. DE. 19801

TO: Eric Scott Thompson
1220 N. Market St 5th Fl.
P.O. Box 8888
Wilm, DE. 19899-8888

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 23 day of September, 2007
Jesus Diaz

IM: Jesus Diaz

SBU# 474251    UNIT 23-B-26

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

To: District court clerk
US District court
844 King ST
Wilm. De. 19801

legal mail



POSTAGE DUE: 73¢

