IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-550-SLR |
| ) | |
| WARDEN THOMAS CARROLL, ) | |
| CMS CORRECTION MEDICAL ) | |
| SERVICE, CPL MERSON, LEE ANNE ) | |
| DUNN, DEBORAH RODWELLER, and ) | |
| CINDY ATTALLIAN, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE OF DEFENDANT, CMS CORRECTION MEDICAL SERVICES, INC., TO PLAINTIFF'S MOTION FOR SANCTIONS**

Defendant, CMS, through its undersigned counsel, hereby respectfully moves this Honorable Court to enter the attached Order, denying Plaintiff's Motion for Sanctions and, in support thereof, avers as follows:

1. On July 27, 2007, this Court entered an Order whereby Defendant, CMS, was to file its Answer to the Complaint no later than August 31, 2007. (D.I. #28).

2. On August 31, 2007, Defendant, CMS, filed its Answer to Plaintiff's Complaint. (D.I. #29).

3. On September 10, 2007, Plaintiff filed a Motion for Default Judgment as to all Defendants, including CMS. (D.I. #30)

4. On or about September 18, 2007, CMS filed its Response to Plaintiff's Motion for Default setting forth that CMS had Answered Plaintiff's Complaint on August 31, 2007 as was required in the Court's July 27, 2007 Order. (D.I. #32)

5.   Attached as Exhibit "1" is the Certificate of Service evidencing two (2) true and correct copies of the Answer of Defendant, CMS, to Plaintiff's Complaint with Affirmative Defenses were mailed to Plaintiff on August 31, 2007 at Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, which appears to be his current address as noted on his Motion for Sanctions.  No communication has been received from Plaintiff indicating he did not receive service copies of the Answer of Defendant, CMS, to Plaintiff's Complaint with Affirmative Defenses.

6.   Attached as Exhibit "2" is the Affidavit of Phyllis Lockwood, setting forth her normal routine with regards to the filing and service of documents in the District Court of Delaware and specifically with regards to the Answer of Defendant, CMS, to Plaintiff's Complaint with Affirmative Defenses.

7.   Since it appears, based upon the Motion for Sanctions filed by Plaintiff, Plaintiff is not in possession of the Answer of Defendant, CMS, with Affirmative Defenses, two (2) additional copies were mailed to his attention via regular mail on September 27, 2007.

**WHEREFORE,** Defendant, CMS, moves this Honorable Court to deny Plaintiff's Motion for Sanctions.

|  |  |
|---|---|
|  | **MARSHALL, DENNEHEY, WARNER, COLEMAN AND GOGGIN** |
| BY: | /s/ERIC SCOTT THOMPSON |
|  | KEVIN J. CONNORS, ESQ. (I.D.#2135) |
|  | ERIC SCOTT THOMPSON, ESQ. (I.D.#4633) |
|  | 1220 N. Market Street, 5th Floor |
|  | P.O. Box 8888 |
|  | Wilmington, DE 19899-8888 |
|  | (302) 552-4370 |
|  | **Attorneys for Defendant,** |
| **DATED: September 27, 2007** | **CMS Correction Medical Service** |

15/536131.v1

<u>**CERTIFICATION OF SERVICE**</u>

I hereby certify that I have served upon all persons listed below two true and correct copies of **RESPONSE OF DEFENDANT, CMS CORRECTION MEDICAL SERVICES, INC., TO PLAINTIFF'S MOTION FOR SANCTIONS**, in the above-captioned matter this date by regular mail:

Jesus Diaz
SBI # 474251
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

and by electronic filing upon the person listed below:

Stacy Xarhoulakos, Esquire
Department of Justice
Carvel State Office Building
820 North French Street, 8th Floor
Wilmington, DE 19801

|  |  |
|---|---|
|  | **MARSHALL, DENNEHEY, WARNER, COLEMAN AND GOGGIN** |
| **BY:** | **/s/ERIC SCOTT THOMPSON** |
|  | **KEVIN J. CONNORS, ESQ. (I.D.#2135)** |
|  | **ERIC SCOTT THOMPSON, ESQ. (I.D.#4633)** |
|  | **1220 N. Market Street, 5th Floor** |
|  | **P.O. Box 8888** |
|  | **Wilmington, DE 19899-8888** |
|  | **(302) 552-4370** |
|  | **Attorneys for Defendant,** |
| **DATED: September 27, 2007** | **CMS Correction Medical Service** |

**EXHIBIT 1**

Case 1:06-cv-00550-SLR    Document 37-2    Filed 09/26/2007    Page 1 of 6

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of ANSWER OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC. (INCORRECTLY DESIGNATED CMS CORRECTIONAL MEDICAL SERVICES), TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES, in the above-captioned matter this date by regular mail:

Jesus Diaz
SBI # 474251
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

and by electronic filing upon the persons listed below:

Stacy Xarhoulakos, Esquire
Department of Justice
Carvel State Office Building
820 North French Street, 8th Floor
Wilmington, DE 19801

>MARSHALL, DENNEHEY, WARNER,
>COLEMAN AND GOGGIN
>BY: /s/ ERIC SCOTT THOMPSON
>    ERIC SCOTT THOMPSON, ESQUIRE (I.D.#4633)
>    1220 N. Market Street, 5th Floor
>    P.O. Box 130
>    Wilmington, DE 19899
>    (302) 552-4370
>    **Attorneys for Defendant, Correctional Medical Services, Inc.**

DATED: August 31, 2007
\15_A\LIAB\ESTHOMPSON\LLPG\447972\ESTHOMPSON\13252\00177

**Answers to Complaints**
1:06-cv-00550-SLR Diaz v. Carroll et al
PaperDocuments

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Connors, Kevin on 8/31/2007 at 10:34 AM EDT and filed on 8/31/2007
**Case Name:** Diaz v. Carroll et al
**Case Number:** 1:06-cv-550
**Filer:** CMS Correction Medical Service
**Document Number:** 29

**Docket Text:**
ANSWER to Complaint with Jury Demand by CMS Correction Medical Service.(Connors, Kevin)

**1:06-cv-550 Notice has been electronically mailed to:**

Kevin J. Connors    kjconnors@mdwcg.com, dtwalsh@mdwcg.com, lawolhar@mdwcg.com, vllucas@mdwcg.com

Eric Scott Thompson    ethompson@mdwcg.com

Stacey Xarhoulakos    stacey.xarhoulakos@state.de.us

**1:06-cv-550 Notice has been delivered by other means to:**

Jesus Diaz
SBI# 474251
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/31/2007] [FileNumber=437838-0]
[da55c73184cdc2530cc6b5f912f956afc0db1f56e0b9433bedd24039c13fec624a79
d2ba19017015a249200691e6bb400f8bb7cd096541e6ee7865cb3b929675]]

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESUS DIAZ, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-550-SLR |
| | ) | |
| WARDEN THOMAS CARROLL, | ) | |
| CMS CORRECTION MEDICAL | ) | |
| SERVICE, CPL MERSON, and CINDY | ) | |
| ATTALLIAN, | ) | |
| | ) | |
|       Defendants. | ) | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )   SS. |
| COUNTY OF NEW CASTLE | ) |

Phyllis Lockwood, being duly sworn according to law, deposes and says:

1. I am an employee of Marshall, Dennehey, Warner, Coleman and Goggin and was so on August 31, 2007.

2. I frequently and regularly file documents in the District Court of Delaware for attorneys with whom I work.

3. It is my routine when documents are filed with the District Court of Delaware to electronically file the document on CM/ECF, electronically serve those parties who can receive electronic service and mail copies to parties that are not able to receive service via electronic means. This will be set forth in the Certification of Service which would be attached to the particular document.

4. With regards to the Answer of Defendant, Correctional Medical Services, Inc., to Plaintiff's Complaint with Affirmative Defenses filed on August 31, 2007, service of this

document would have been in conformity with the Certification of Service which set forth that the document was electronically served upon Stacy Xarhoulakos, Esquire and two (2) true and correct copies were mailed on August 31, 2007 via regular mail to Plaintiff, Jesus Diaz, at SBI # 474251, Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

5. As was requested by Eric Scott Thompson, Esquire, since it appeared Plaintiff was not in possession of the Answer of Defendant, CMS, with Affirmative Defenses, two (2) additional copies were mailed to Plaintiff's attention at SBI # 474251, Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977 on February 28, 2007.

_____
PHYLLIS LOCKWOOD

SWORN TO AND SUBSCRIBED before me this _26th_ day of _September_, 2007.

_____
Notary Public

My commission expires: _1-10-10_

VICTORIA L. LUCAS
Notary Public - State of Delaware
My Comm. Expires Jan. 10, 2010

15/536129.v1