CA 06-550 SLR

To: Hon. Robinson

From: Jesus Diaz # 474251

Re: Wrongful litigation Tactics


RECEIVED
OCT - 2007
BN
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date: 10/05/07

Dear Hon. Robinson:

I'm writing to you and requesting that you rule C.M.S. has failed to answer Plaintiff's Complaint thereby violating, your court order dated July 27, 2007.

Hon. Robinson didn't see any record of C.M.S. answering the civil complaint, therefore she filed the order dated July 27, 2007 requesting C.M.S answer the complaint on or before August 31, 2007

Plaintiff states he is forced to sign for legal mail every time he receives legal mail, but haven't signed or received the answer as of this day!

Plaintiff claims he never received the answer as C.M.S. claimed they sent on February 28, 2007 and August 31, 2007, and on September 27, 2007.

A copy of the last motion is attached for your convenience. Ex. (A).

Plaintiff states he filed a motion for default judgement with this court on or about Sept. 10, 2007 and a motion for sanctions on or about Sept. 23 2007.

Plaintiff claims C.M.S. has a response he received and C.M.S. claimed the answer was with that response and they also have dates listed but plaintiff still don't have an answer therefor plaintiff request this Honorable Court to enter default judgement and for sanctions to be placed upon C.M.S. due to wrongful litigation tactics.

Plaintiff claims his need for a court appointed attorney should be reconsidered by this court, and Ordered in the interest of justice due to the wrongful litigation tactics and intentionally misleading the Courts.

Thank you for your time and prompt reply!

Sincerely

Jesus Diaz

## Briefs, Responses and Replies
1:06-cv-00550-SLR Diaz v. Carroll et al

PaperDocuments

**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered by Connors, Kevin on 9/26/2007 at 1:42 PM EDT and filed on 9/26/2007

**Case Name:**  Diaz v. Carroll et al
**Case Number:**  1:06-cv-550
**Filer:**  Correctional Medical Services Inc.
**Document Number:** 37

**Docket Text:**
RESPONSE to Motion re [36] MOTION for Sanctions filed by Correctional Medical Services Inc.. (Attachments: # (1) Exhibit)(Connors, Kevin)

### 1:06-cv-550 Notice has been electronically mailed to:

Kevin J. Connors    kjconnors@mdwcg.com, dtwalsh@mdwcg.com, lawolhar@mdwcg.com, vllucas@mdwcg.com

Eric Scott Thompson    ethompson@mdwcg.com

Stacey Xarhoulakos    stacey.xarhoulakos@state.de.us

### 1:06-cv-550 Notice has been delivered by other means to:

Jesus Diaz
SBI# 474251
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/26/2007] [FileNumber=450236-0]
[caf48983cf34eafe4f7cbd1545e673211016bc73136bbd6e1fbd168aed2dfe6e3591
9275a3f36934491c732fda1e37d962691ca5e464d447b5434f4202d27fa8]]

**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/26/2007] [FileNumber=450236-1]
[34245270800f44f85745c74f1782ab667f482efef516b01cd660d944c65e60e198b2
da2aace5bd229ca4b19f451c87d1e32edcb5d81de0c6c1d7ca0ffa8c6fee]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JESUS DIAZ,                              )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )    Civ. No. 06-550-SLR
                                         )
WARDEN THOMAS CARROLL,                   )
CMS CORRECTION MEDICAL                   )
SERVICE, CPL MERSON, LEE ANNE            )
DUNN, DEBORAH RODWELLER, and             )
CINDY ATTALLIAN,                         )
                                         )
            Defendants.                  )

## RESPONSE OF DEFENDANT, CMS CORRECTION MEDICAL SERVICES, INC., TO PLAINTIFF'S MOTION FOR SANCTIONS

Defendant, CMS, through its undersigned counsel, hereby respectfully moves this

Honorable Court to enter the attached Order, denying Plaintiff's Motion for Sanctions and, in

support thereof, avers as follows:

1.      On July 27, 2007, this Court entered an Order whereby Defendant, CMS, was to

file its Answer to the Complaint no later than August 31, 2007.  (D.I. #28).

2.      On August 31, 2007, Defendant, CMS, filed its Answer to Plaintiff's Complaint.

(D.I. #29).

3.      On September 10, 2007, Plaintiff filed a Motion for Default Judgment as to all

Defendants, including CMS.  (D.I. #30)

4.      On or about September 18, 2007, CMS filed its Response to Plaintiff's Motion for

Default setting forth that CMS had Answered Plaintiff's Complaint on August 31, 2007 as was

required in the Court's July 27, 2007 Order.  (D.I. #32)

5.    Attached as Exhibit "1" is the Certificate of Service evidencing two (2) true and correct copies of the Answer of Defendant, CMS, to Plaintiff's Complaint with Affirmative Defenses were mailed to Plaintiff on August 31, 2007 at Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, which appears to be his current address as noted on his Motion for Sanctions.  No communication has been received from Plaintiff indicating he did not receive service copies of the Answer of Defendant, CMS, to Plaintiff's Complaint with Affirmative Defenses.

6.    Attached as Exhibit "2" is the Affidavit of Phyllis Lockwood,  setting forth her normal routine with regards to the filing and service of documents in the District Court of Delaware and specifically with regards to the Answer of Defendant, CMS, to Plaintiff's Complaint with Affirmative Defenses.

7.    Since it appears, based upon the Motion for Sanctions filed by Plaintiff, Plaintiff is not in possession of the Answer of Defendant, CMS, with Affirmative Defenses, two (2) additional copies were mailed to his attention via regular mail on September 27, 2007.

**WHEREFORE,** Defendant, CMS, moves this Honorable Court to deny Plaintiff's Motion for Sanctions.

<div style="margin-left:40%">

**MARSHALL, DENNEHEY, WARNER, COLEMAN AND GOGGIN**

BY:    **/s/ERIC SCOTT THOMPSON**

**KEVIN J. CONNORS, ESQ. (I.D.#2135)**
**ERIC SCOTT THOMPSON, ESQ. (I.D.#4633)**
**1220 N. Market Street, 5th Floor**
**P.O. Box 8888**
**Wilmington, DE  19899-8888**
**(302) 552-4370**
**Attorneys for Defendant,**
**CMS Correction Medical Service**

</div>

**DATED: September 27, 2007**
15/536131.v1

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct

copies of **RESPONSE OF DEFENDANT, CMS CORRECTION MEDICAL SERVICES,**

**INC., TO PLAINTIFF'S MOTION FOR SANCTIONS**, in the above-captioned matter this

date by regular mail:

Jesus Diaz
SBI # 474251
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

and by electronic filing upon the person listed below:

Stacy Xarhoulakos, Esquire
Department of Justice
Carvel State Office Building
820 North French Street, 8th Floor
Wilmington, DE 19801

|  |  |
|---|---|
|  | **MARSHALL, DENNEHEY, WARNER,** |
|  | **COLEMAN AND GOGGIN** |
| **BY:** | **/s/ERIC SCOTT THOMPSON** |
|  | **KEVIN J. CONNORS, ESQ. (I.D.#2135)** |
|  | **ERIC SCOTT THOMPSON, ESQ. (I.D.#4633)** |
|  | **1220 N. Market Street, 5th Floor** |
|  | **P.O. Box 8888** |
|  | **Wilmington, DE 19899-8888** |
|  | **(302) 552-4370** |
|  | **Attorneys for Defendant,** |

**DATED: September 27, 2007**            **CMS Correction Medical Service**

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct

copies of ANSWER OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC.

(INCORRECTLY DESIGNATED CMS CORRECTIONAL MEDICAL SERVICES), TO

PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES, in the above-captioned

matter this date by regular mail:

Jesus Diaz
SBI # 474251
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

and by electronic filing upon the persons listed below:

Stacy Xarhoulakos, Esquire
Department of Justice
Carvel State Office Building
820 North French Street, 8th Floor
Wilmington, DE 19801

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN
BY: /s/ ERIC SCOTT THOMPSON
      ERIC SCOTT THOMPSON, ESQUIRE (I.D.#4633)
      1220 N. Market Street, 5th Floor
      P.O. Box 130
      Wilmington, DE 19899
      (302) 552-4370
      Attorneys for Defendant, Correctional Medical
      Services, Inc.

DATED: August 31, 2007
\15_A\LIAB\ESTHOMPSON\LLPG\447972\ESTHOMPSON\13252\00177

**Answers to Complaints**

1:06-cv-00550-SLR Diaz v. Carroll et al

PaperDocuments

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Connors, Kevin on 8/31/2007 at 10:34 AM EDT and filed on 8/31/2007

**Case Name:**        Diaz v. Carroll et al
**Case Number:**      1:06-cv-550
**Filer:**            CMS Correction Medical Service
**Document Number:** 29

**Docket Text:**
ANSWER to Complaint with Jury Demand by CMS Correction Medical Service.(Connors, Kevin)

**1:06-cv-550 Notice has been electronically mailed to:**

Kevin J. Connors    kjconnors@mdwcg.com, dtwalsh@mdwcg.com, lawolhar@mdwcg.com, vllucas@mdwcg.com

Eric Scott Thompson    ethompson@mdwcg.com

Stacey Xarhoulakos    stacey.xarhoulakos@state.de.us

**1:06-cv-550 Notice has been delivered by other means to:**

Jesus Diaz
SBI# 474251
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/31/2007] [FileNumber=437838-0]
[da55c73184cdc2530cc6b5f912f956afc0db1f56e0b9433bedd24039c13fec624a79
d2ba19017015a249200691e6bb400f8bb7cd096541e6ee7865cb3b929675]]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JESUS DIAZ,                                )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )    Civ. No. 06-550-SLR
                                           )
WARDEN THOMAS CARROLL,                     )
CMS CORRECTION MEDICAL                     )
SERVICE, CPL MERSON, and CINDY             )
ATTALLIAN,                                 )
                                           )
            Defendants.                    )

## AFFIDAVIT

STATE OF DELAWARE          )
                           )    SS.
COUNTY OF NEW CASTLE       )

Phyllis Lockwood, being duly sworn according to law, deposes and says:

   1.    I am an employee of Marshall, Dennehey, Warner, Coleman and Goggin and was so on August 31, 2007.

   2.    I frequently and regularly file documents in the District Court of Delaware for attorneys with whom I work.

   3.    It is my routine when documents are filed with the District Court of Delaware to electronically file the document on CM/ECF, electronically serve those parties who can receive electronic service and mail copies to parties that are not able to receive service via electronic means. This will be set forth in the Certification of Service which would be attached to the particular document.

   4.    With regards to the Answer of Defendant, Correctional Medical Services, Inc., to Plaintiff's Complaint with Affirmative Defenses filed on August 31, 2007, service of this

document would have been in conformity with the Certification of Service which set forth that
the document was electronically served upon Stacy Xarhoulakos, Esquire and two (2) true and
correct copies were mailed on August 31, 2007 via regular mail to Plaintiff, Jesus Diaz, at SBI #
474251, Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

5.    As was requested by Eric Scott Thompson, Esquire, since it appeared Plaintiff
was not in possession of the Answer of Defendant, CMS, with Affirmative Defenses, two (2)
additional copies were mailed to Plaintiff's attention at SBI # 474251, Delaware Correctional
Center, 1181 Paddock Road, Smyrna, DE 19977 on February 28, 2007.

PHYLLIS LOCKWOOD

SWORN TO AND SUBSCRIBED before me this _26th_ day of
_September_, 2007.

Notary Public

My commission expires: _/-/0·/0_

VICTORIA L. LUCAS
Notary Public - State of Delaware
My Comm. Expires Jan. 10, 2010

15/536129.v1

## Certificate of Service

I, _Jesus Diaz_____, hereby certify that I have served a true
and correct cop(ies) of the attached: _Letter to Hon. Robinson_
_Re: Wrongful Litigation Tactics___ upon the following
parties/person (s):

TO: _District Court Clerk_
_U.S. District Court___
_84th King St.____
_Wilm. De. 19801___

TO: _Hon. Robinson____
_U.S. District Court_
_84th King St.___
_Wilm. De. 19801_

TO: _Eric Scott Thompson_
_1220 N. Main St. 5th Fl._
_P.O. Box 8888___
_Wilm. De. 19899-8888_

TO: _Stacey Xarhoulakos_
_District Attorney_
_Dept. of Justice_
_820 N. French st_
_Wilm. De. 19801_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _5_ day of _October_____, 2007

_Jesus Diaz_____

INM. *Jesus Diaz*
SBI# 424257    UNIT 23-B-66
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: District Court Clerk
U.S. District Court
844 King St.
Wilm. De. 19801

NE3DS
0035
TOTAL
OF #1.65

B2L

