**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JESUS DIAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-550-SLR |
| ) | |
| WARDEN THOMAS CARROLL, CMS ) | JURY TRIAL DEMANDED |
| CORRECTIONAL MEDICAL SERVICE, ) | |
| CPL MERSON, LEE ANNE DUNN, ) | |
| DEBORAH RODWELLER, and CINDY ) | |
| ATALLIAN, ) | |
| Defendants. ) | |

## STATE DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF

COME NOW State Defendants Warden Thomas Carroll, Corporal Lise Merson, and Cindy Atallian, by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting counsel the right to depose Plaintiff Jesus Diaz ("Plaintiff"), an incarcerated individual:

1. Plaintiff is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2. Counsel for the Defendants wishes to depose Plaintiff as part of discovery in this case.

3. State Defendants filed an Answer to the Complaint on February 06, 2007. The discovery deadline is November 30, 2007.

4. Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

5. A form of order is attached to this motion that grants State Defendants' counsel the right to depose Plaintiff.

**WHEREFORE**, Defendants respectfully request that this Honorable Court grant their Motion for Leave to Depose Plaintiff Jesus Diaz.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Stacey Xarhoulakos
        Stacey Xarhoulakos, 4667
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        stacey.xarhoulakos@state.de.us
        *Attorney for State Defendants*

Dated: October 30, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JESUS DIAZ, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WARDEN THOMAS CARROLL, CMS )<br>CORRECTIONAL MEDICAL SERVICE, )<br>CPL MERSON, LEE ANNE DUNN, )<br>DEBORAH RODWELLER, and CINDY )<br>ATALLIAN, )<br>    Defendants. ) | C.A. No. 06-550-SLR |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Jesus Diaz is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion for Leave to Depose Plaintiff.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

                          STATE OF DELAWARE
                          DEPARTMENT OF JUSTICE

                          /s/ Stacey Xarhoulakos_____
                          Stacey Xarhoulakos, 4667
                          Deputy Attorney General
                          820 North French Street, 6th Floor
                          Wilmington, DE 19801
                          (302) 577-8400
                          stacey.xarhoulakos@state.de.us
                          *Attorney for State Defendants*

Dated: October 30, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 06-550-SLR |
| | ) |
| WARDEN THOMAS CARROLL, CMS | ) |
| CORRECTIONAL MEDICAL SERVICE, | ) |
| CPL MERSON, LEE ANNE DUNN, | ) |
| DEBORAH RODWELLER, and CINDY | ) |
| ATALLIAN, | ) |
| Defendants. | ) |

## **ORDER**

This _____ day of _____, 2007,

**WHEREAS,** State Defendants having requested leave to depose Plaintiff Jesus Diaz pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendants' Motion for Leave to Depose Plaintiff shall be granted and State Defendants shall have the right to depose Plaintiff Jesus Diaz.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2007, I electronically filed *State Defendants' Motion for Leave to Depose Plaintiff* with the Clerk of Court using CM/ECF.  I hereby certify that on October 30 , 2007, I have mailed by United States Postal Service, the document to the following non-registered participants:

    Jesus Diaz
    SBI # 474251
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Stacey Xarhoulakos
    Deputy Attorney General
    Department of Justice
    820 N. French St., 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    stacey.xarhoulakos@state.de.us