IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-550-SLR |
| | ) |
| WARDEN THOMAS CARROLL, | ) |
| CMS CORRECTION MEDICAL | ) |
| SERVICE, CPL MERSON, LEE ANNE | ) |
| DUNN, DEBORAH RODWELLER, and | ) |
| CINDY ATTALLIAN, | ) |
| | ) |
| Defendants. | ) |

**JOINDER OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO STATE DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

Defendant, Correctional Medical Services, Inc., by its attorneys, hereby joins in the State Defendants' Motion for Leave to Depose Plaintiff. Defendant, Correctional Medical Services, filed an Answer to the Complaint on August 31, 2007. (D.I. # 29). In joining State Defendants' Motion For Enlargement of Time, (D.I. 81), Defendant, Correctional Medical Services, relies upon and adopts the well-reasoned arguments and positions set forth therein.

Statement Pursuant to Local Rule 7.1.1

The plaintiff is an inmate incarcerated in Delaware Correctional Center and may not be reached by telephone, therefore, no agreement could be reached with the Plaintiff on the subject of this Motion prior to filing.

**WHEREFORE**, Defendant, Correctional Medical Services, respectfully requests that this Court grant the Defendants' Motion and enter an Order, substantially in the form attached to State Defendants' Motion for Leave to Depose Plaintiff.

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN
BY:     /s/  Eric Scott Thompson
KEVIN J. CONNORS, ESQ. (DE ID # 2135)
ERIC SCOTT THOMPSON, ESQ. (DE ID # 4633)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4300
Attorneys for Correctional Medical Services

DATED October 30, 2007

15/547923.v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-550-SLR |
| | ) |
| WARDEN THOMAS CARROLL, CMS CORRECTION MEDICAL SERVICE, CPL MERSON, LEE ANNE DUNN, DEBORAH RODWELLER, and CINDY ATTALLIAN, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the Motion of Defendant, Correctional Medical Services, to Join State Defendants' Motion for Leave to Depose Plaintiff, with the Clerk of the Court using CM/ECF and served the following registered participant:

Stacy Xarhoulakos, Esquire
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, DE  19801

I hereby certify that on this date I have mailed by United States Postal Service, the Motion of Defendant, Correctional Medical Services, to Join State Defendants' Motion for Leave to Depose Plaintiff,  to the following non-registered participant:

Jesus Diaz
SBI # 474251
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN
BY:   /s/  Eric Scott Thompson
KEVIN J. CONNORS, ESQ. (DE ID # 2135)
ERIC SCOTT THOMPSON, ESQ. (DE ID # 4633)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4300
Attorneys for Correctional Medical Services

DATED October 30, 2007