IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ,<br><br>      Plaintiff,<br><br>v.<br><br>WARDEN THOMAS CARROLL, CMS CORRECTIONAL MEDICAL SERVICE, CPL MERSON, LEE ANNE DUNN, DEBORAH RODWELLER, and CINDY ATALLIAN,<br>      Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 06-550-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

TO:    Jesus Diaz
         SBI # 474251
         Delaware Correctional Center
         1181 Paddock Road.
         Smyrna, DE. 19977

**PLEASE TAKE NOTICE** that the oral deposition of Jesus Diaz will be taken by counsel for Defendants on Tuesday, November 20, 2007 at 1:00 p.m. The deposition will take place at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, and will be transcribed by a professional reporter.

                                              STATE OF DELAWARE
                                              DEPARTMENT OF JUSTICE

                                              /s/ Stacey Xarhoulakos_____
                                              Stacey Xarhoulakos, I.D. No. 4667
                                              Deputy Attorney General
                                              820 North French Street, 6th Floor
                                              Wilmington, DE 19801
                                              (302) 577-8400
                                              stacey.xarhoulakos@state.de.us
                                              Attorney for Defendants

Dated:  November 8, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 08, 2007, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on November 08, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Jesus Diaz.

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for State Defendants