IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



Jesus Diaz,
    plaintiff,

V.

    C.A. No. 06-550-SLR

Warden Thomas Carroll,
CMS, Correctional Medical
Service; et al;
    defendants,

Jury Trial Demanded

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS FOR DEPOSITIONS AGAINST PLAINTIFF

Comes now, Jesus Diaz, pro-se plaintiff, and moves this Honorable Court to deny the defendant's motions to depose plaintiff, requiring depositions on plaintiff, due to C.M.S.'s failure to answer the complaint, by Order in this Court dated July 27, 2007.

Plaintiff is filing this opposition on or about this 7th day of November 2007.

In support of this motion plaintiff asserts the following:

(1.) Plaintiff claims C.M.S. keeps inferring that plaintiff has been served with their answer to the complaint, per order of HON. Robinson, dated July 27th, 2007.

(2.) Plaintiff states he still have not been properly served with the answer, and request this clerk to check the file, because plaintiff have been denied proper service in accordance with Fed. R. Civ. P.

(3.) Plaintiff states that C.M.S. is in direct violation of HON. Robinson's Court Order dated July 27, 2007, which is hindering the litigation process, because he didn't receive an answer on or before August 31, 2007.

(4) Plaintiff request this court to issue orders compelling C.M.S. to admit or deny the allegations in the complaint, because C.M.S. has failed or refused to do either.

5.) Plaintiff states he filed a Motion for Default Judgement dated Sept. 10, 2007 complaining of improper service, therefore Default Judgement should be entered against C.M.S.

(6.) Plaintiff further request this Honorable Court to issue court orders, that C.M.S. failed to provide adequate medical treatment to Jesus Diaz in this case.

(7.) Plaintiff states he is indigent and filed this civil complaint under forma pauperis, and now humbly request this honorable court to reconsider a motion for appointment of counsel, pursuant to Fed. R. Civ. P. 8. and 18 U.S.C. § 3006 A.

(8.) Plaintiff states he is unable to answer the lengthy discovery material being filed by the defendants, without the benefit of court appointed counsel.

(9.) Plaintiff also needs an attorney to be present at the time of the requested depositions, to protect his rights and position in this case.

## Conclusion

WHEREFORE plaintiff humbly pray's this Honorable Court to deny the defendants' motions for depositions against plaintiff, thereby entering an order the defendants motion are denied.

Further granting plaintiff's request and Motions for Default Judgement against C.M.S., and appointment of court appointed counsel.

_Jesus Diaz_
Jesus Diaz # 474251
D.C.C.
1181 Paddock Road
Smyrna, DE. 19977

## Certificate of Service

I, Jesus Diaz, hereby certify that I have served a true and correct cop(ies) of the attached: PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR upon the following parties/person (s): DEPOSITIONS AGAINST PLAINTIFF!

TO: District Court Clerk
U.S District Court
844 King St
Wilm. De. 19801

TO: HON. Robinson
District Court
844 King St
Wilm. De. 19801

TO: Stacey Xarhoulaks
Dept. Atty. Gen.
Dept of Justice
820 N. French St 6th Fl.
Wilm. DE. 19801

TO: Eric Scott Thompson
1220 N. Market St. 5th Fl.
P.O. Box 8888
Wilm., DE. 19899-8888

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 7 day of November, 2007

Jesus Diaz

IM Jesus Diaz
SBI# 424257   UNIT C-3-46
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
08 NOV 2007 PM 3 L

To: Hon. Robinson
US District Court
844 King ST
Wilm. DE
19801

S.M.S.
X-RAY

USA First-Class