IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jesus Diaz )
            plaintiff, )
                      )
    v.                )
                      ) Civ. No. 06-550-SLR
                      )
Warden, Thomas Carroll )
CMS, Correctional Medical )
Service, CPL Merson and )
Cindy Atallian, )
            defendants, )

**FILED**
NOV 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
PD scanned

## MOTION FOR INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Comes now Jesus Diaz, pro-se and moves this Honorable Court pursuant to Fed. R. Civ. P. 33 and 34 for Interrogatories and Documents in this case, in accordance with the Court Order of Hon. Sue L. Robinson dated July 27th, 2007.

Plaintiff is filing this motion on this 19th day of November 2007

# INSTRUCTIONS

1.) Each discovery Request shall be answered fully and in writing and where required by the applicable rules, under oath.

2.) If you claim a privilege as to any of the information requested to be identified and/or produced in the Discovery Request, specify the privilege claimed, the communication or other matter and the basis upon which you assert the claim of privilege.

3.) Do you intend on calling any experts to testify at trial?

4.) If you intend on calling experts to testify at trial, please state the field of expertise and what they will testify to?

5.) Do you intend on submitting any documents into evidence at the trial in this case.

6) Does C.M.S receive any funds from inmates for it's medical services?

7) How much money have C.M.S. received from plaintiff for medical care?

8) Does C.M.S. deny plaintiff has an ongoing problem with his eyes?

9) Have C.M.S. ever provided medical services for D.C.C. prior to the contract that now exist?

10) If C.M.S. has provided medical services for D.C.C. prior to the contract that now exist please explain when?

11) Give dates and time periods the contract existed?

12.) State full name and mailing address of CMS Correctional Medical Services?

13) Does C.M.S. have an insurance company and if so please provide full name and mailing address of the insurance company?

14) Has there been any civil complaints previously filed in Federal or State Court against C.M.S?

15) If there have been civil complaints filed against CMS. please produce and identify the Courts and provide the civil and or appeal numbers for each case?

16.) Can C.MS produce and state the outcome of each civil action or appeal?

17.) Does C.M.S. get any money from the Federal Goverment or the State of Delaware for providing medical service to inmates at D.C.C.?

18.) If CMS get grants or money from the Federal Goverment or the State of Delaware, please state how much and how often C.M.S. recieves these funds from each agency?

19.) Please give and state the full names and mailing addresses of each agency that provides funds for C.M.S?

20.) Please provide all names and addresses of witnesses the defendants exspects to call to testify at trial.

## CONCLUSION

WHEREFORE, plaintiff humbly request defendants respond and answer all interrogatories and produce all documents relating to this case pursuant to Fed. R. Civ. P. 33 and 34.

_Jesus Diaz_
Jesus Diaz
# 474251
D.C.C.
1181 Paddock Rd.
Smyrna DE. 19977

## Certificate of Service

I, Jesus Diaz, hereby certify that I have served a true and correct cop(ies) of the attached: Motion For Interrogatories And Production Of Documents. upon the following parties/person (s):

TO: District Court Clerk
U.S. District Court
844 King St.
Wilm. De., 19801

TO: Hon. S.L. Robinson
U.S. District Court
844 King St.
Wilm. De., 19801

TO: Eric Scott Thompson
1220 N. Main St. 5th Fl.
P.O. Box 8888
Wilm. De., 18899-8888

TO: Stacey Xarhoulakos
District Attorney
Dept of Justice
820 N. French St.
Wilm. De. 19801

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 19 day of November, 2007

Jesus Diaz

I/M Jesus Diaz
SBI# 474251   UNIT 23-B-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: District Court Clerk
U.S. District Court
844 King St.
Wilm. DE. 19801