## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JESUS DIAZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civ. No. 06-550-SLR** |
| ) | |
| **WARDEN THOMAS CARROLL,** ) | |
| **CMS CORRECTION MEDICAL** ) | |
| **SERVICE, CPL MERSON, LEE ANNE** ) | |
| **DUNN, DEBORAH RODWELLER, and** ) | |
| **CINDY ATTALLIAN,** ) | |
| ) | |
| **Defendants.** ) | |

## REQUEST FOR PRODUCTION OF DOCUMENTS - I OF DEFENDANT, CMS CORRECTION MEDICAL SERVICE, <u>DIRECTED  TO PLAINTIFF</u>

Defendant,  by its attorneys, Marshall, Dennehey, Warner, Coleman and Goggin, hereby requests that plaintiff produce and permit defendant to inspect and copy the following documents within thirty (30) days of the service of this request:

1. All statements of any and all witnesses, including any statements from the plaintiff or defendant herein regarding the happening of the incident here involved and/or the circumstances leading up to or subsequent to the incident. *See , , ,  Ex*

2. All statements which may have been taken in connection with this litigation, including written statements, transcriptions of recorded interviews and summaries of oral statements. *See , , ,  Ex,*

3. All photographs, diagrams, plans or graphic representations of the scene of the alleged accident herein involved. *To  be  provided  in  the  future*

4. Any and all documents containing the names and business addresses of all

individuals contacted as potential witnesses. *Cecl Browne, Gary I. Markowitz, MD Dr. DiMello, Cindy Atallian, Nurse Kiara, Nurse Daniella*

5. All bills, receipts, or any other documentation whatsoever regarding medical

treatment which plaintiff secured as a result of the incident which is the subject of this litigation. *C, M.S has a bills. and other documentation*

6. All bills, receipts, or other documentation whatsoever regarding medical

expenses which the plaintiff allegedly suffered as a result of the incident which is the subject of

this litigation. *C. M.S. has all bills, will be provided in the future*

7. All reports, records, or other documentation whatsoever pertaining to, or

composed in relation to, the injuries which the plaintiff allegedly suffered as a result of the

incident which is the subject of this litigation. *Doctor Reports/CMS medical Dept.*

8. All reports, statements, or any other documentation whatsoever regarding

plaintiff's medical condition, the happening of the accident, or any other matter which is related

to this litigation which may have been forwarded to insurance companies. *C. M.S. has Documentation*

9. All reports, statements, or any other documentation whatsoever which the

plaintiff may have forwarded to insurance companies regarding the injuries allegedly sustained

as a result of the accident involved in this litigation. *Doctor Reports / C.M.S. medical Dept. will be submitted in the future.*

10. All notes, diaries, or any other recordings or documentations made by the

plaintiff regarding the incident here involved as well as those events and circumstances leading

up to and subsequent to the incident which is the subject of this litigation as

well as the injuries, complaints, conditions, and losses alleged to have been sustained. *see complaint unclear question*

11. All reports generated by any police department or other official governmental

agency concerning the accident which is the subject of this litigation. *unclear question*

12. All expert reports relating to liability and damages prepared by experts expected to testify at trial on behalf of plaintiff. to be provided in the future

13. All reports, records or other documentation whatsoever pertaining to, or composed in relation to, any wage loss or time lost from work which plaintiff allegedly suffered as a result of the incident which is the subject of this litigation. to be provided in the future

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
/s/ ERIC SCOTT THOMPSON
ERIC SCOTT THOMPSON, ESQ. (I.D.#4633)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4370
Attorneys for Defendant,
DATED: September 18, 2007          CMS Correction Medical Service
15/528206.v1

## Certificate of Service

I, Jesus Diaz, hereby certify that I have served a true and correct cop(ies) of the attached: Plaintiff's Production of Documents Requested By CMS upon the following parties/person (s): Correction Medical Service

TO: District Court Clerk
U.S. District Court
844 King St.
Wilm. De. 19801

TO: Hon. S. L. Robinson
U.S. District Court
844 King St.
Wilm. De. 19801

TO: Eric Scott Thompson
1220 N. Main St. 5th Fl.
P.O. Box 8888
Wilm. De. 19899-8888

TO: Stacey Xarhoulakos
District Attorney
Dept. of Justice
820 N. French St.
Wilm. De. 19801

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 26 day of November, 2007

Jesus Diaz