06-550 SCR

February 23, 2006

Deneen Bull
DCC Education Department

Please see the attached letter from Jesus Diaz, 474251 regarding school participation and medical problems.

Thank you,

Cindy Atallian
Counselor – 22



RECEIVED
NOV 28 200?
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Del. Supreme Court reinstates inmate's medical lawsuit

## Man serving 20 years says he was denied surgery for torn rotator cuff

**By ESTEBAN PARRA**
The News Journal

A medical negligence lawsuit that was filed earlier this year by a Delaware inmate only to be denied by a Superior Court judge has been allowed to proceed by the state's highest court.

The Delaware Supreme Court said the lower court abused its discretion when dismissing Kenneth T. Deputy's lawsuit this early in the process.

"After careful consideration of the parties' respective briefs on appeal, we conclude that dismissal of Deputy's complaint as factually and legally frivolous was an abuse of the Superior Court's discretion at this stage of the proceedings," said Supreme Court Justice Randy J. Holland, who wrote for a three-member panel.

Deputy, who is serving a 20-year prison term for a weapons and assault conviction, is incarcerated at the Delaware Correctional Center near in Smyrna, where he allegedly injured his left shoulder.

According to his lawsuit, Deputy filed numerous medical grievances requesting treatment and was taken from the prison for an MRI in March 2005.

A consultation with a doctor three months later revealed Deputy had a torn rotator cuff.

The doctor told Deputy he needed surgery or else he would have to live with pain, his suit alleges. Furthermore, Deputy alleges that if he did not have the surgery the doctor told him it could result in a complete rupture of the rotator for which pain medication would provide no relief.

Based on the doctor's recommendation, Deputy opted for surgery.

Department of Correction officials denied his request, instead deciding on cortisone injections to reduce the inflammation and pain in his shoulder, the suit states.

Deputy filed a complaint in January 200[ ] against the prison warden, its medical direct[or] and the prison department's health administr[a]tor, alleging the prison officials were acting wi[th] deliberate indifference to his medical needs b[y] refusing him proper medical treatment.

In his suit, Deputy also said he lives with o[n]going pain that affects his ability to get dresse[d] bathe, sleep, exercise and work.

Superior Court Judge Mary Miller Johnst[on] dismissed his case as frivolous in March.

Deputy's denial of surgery occurred in t[he] midst of a News Journal investigation into pro[b]lems with prison health care and high inma[te] death rates. After the newspaper published i[ts] findings the Justice Department's Civil Righ[ts] Division launched a probe in March 2006.

Department of Correction spokesman Joh[n] R. Painter said he could not comment on pen[d]ing litigation.

*Contact Esteban Parra at 324-2299 or eparra@delawareonline.com.*

Ex. A

February 23, 2006

Ex. B

Jesus Diaz, 474251
22
DL6

I have sent letters to both education and to medical regarding your letter. Please keep me posted of any updates.

Thank you,

Cindy Atallian
Counselor – 22

Ex. B

March 8, 2006

Jesus Diaz, 474251
22
DL6

You do not receive any points for participating or not participating in school. I have talked with medical about your eye condition. I can reference that in your classification, so that it will be understandable why you are not participating. I also wrote to Education to explain about your situation.

If you have any other questions, let me know.

Cindy Atallian
Counselor – 22

Ex. C.

FORM #584

GRIEVANCE FORM

FACILITY: D.C.C.    DATE: 10-4-06
GRIEVANT'S NAME: Jesus Diaz    SBI#: 424251
CASE#: _____    TIME OF INCIDENT: _____
HOUSING UNIT: _____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

This is in response to Mr. Diaz with regard to his surgery on his left eye on Oct 3, 2006, After returning from Optometry when being examine for eye defect for my eye impairment Vision the doctor had prescribed Pain Medication which I have not yet recived from Oct 3, 2006, one day has gone buy I am in seevere and actuke pain from not having the Prescibed Pain Medication which is causing me great distree and Irritation.

ACTION REQUESTED BY GRIEVANT: I would like my Prescrition Medication immediately upon reciving this grievance

Thank you for your time concern.

GRIEVANT'S SIGNATURE: _____    DATE: 10-4-06

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

C. COPY    Ex. D

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL**  DENTAL  MENTAL HEALTH

**URGENT** / **URGENT**

Name (Print): JESUS DIAZ
Housing Location: V-Build
Date of Birth: 9-10-74
SBI Number: 474251
Date Submitted: 10-19-06

Complaint (What type of problem are you having)? Had a surgery on my left eye on 10-3-06. It still hurts & is bothering me badly. Would like to see doctor A.S.A.P.

Inmate Signature: Jesus Diaz
Date: 10-19-06

The below area is for medical use only. Please do not write any further.

S: Ypt You have been scheduled to see care provider CY

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

RECEIVED OCT 23 2006

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED

Ex. F

FORM #585

MEDICAL GRIEVANCE

FACILITY: D.C.C. Smryna M.H.U. 23

INMATE'S NAME: Jesus Diaz

HOUSING UNIT: MHU 23 BLG

DATE SUBMITTED: 1-31-07

SBI#: 474251

CASE #:

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 3 Oct. 06.

TYPE OF MEDICAL PROBLEM:

On 3 Oct. 06 I was taken to the Blue Hen Hospital to have the skin that's growing on my left eye removed. The problem has not been resolved. In fact, its gotten worse. I would like to speak to a doctor and have him or her explain to me what's going on. Due to the loss of vision in my left eye, my right eye is being over compensated.

GRIEVANT'S SIGNATURE: _____   DATE: _____

ACTION REQUESTED BY GRIEVANT: _____

RECEIVED

JAN 31 2007

Inmate Grievance Office

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Ex. F

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

DOVER   (302) 678-1265
SUSSEX  (302) 855-1313
FAX     (302) 678-3544

April 12, 2006

Jesus Diaz
SBI # 474251
D-L-6 Bldg. 22
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Diaz:

    I am in the process of reviewing the large number of letters I have recently received from inmates who are not receiving adequate care by the Delaware prison health care system. It is taking me some time to work through all of them. After I have reviewed the particular facts of your case, I will try to respond specifically to you.

    Thank you for your patience.

Sincerely yours,

*[signature]*

Stephen A. Hampton

SAH:slh

**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

DOVER   (302) 678-1265
SUSSEX  (302) 855-1313
FAX     (302) 678-3544

May 16, 2006

Jesus Diaz
SBI # 474251
D-L-6 Bldg. 22
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Diaz:

Due to my overwhelming caseload, I am unable to help you at this time. If my caseload improves in the future and I am able to help you with your case, I will contact you at that time.

Sincerely yours,

Stephen A. Hampton

SAH:slh

November 15, 2006

 *Miss Natalie S. Wolf*

RE: Jesus Diaz, SBI: 474251

~~Mr. ~~~~~~~~:

 I am corresponding to request your representation in an on-going legal suit against DCC and CMS.

 I filed the enclosed law suit in August 2006. During the period before the law suit, I had complained about blurred vision for over 2 1/2 years and was finally diagnosed with having cataracts.

 I subsequently underwent surgery to remove cataracts on October 3, 2006. Since that surgery, I have repeatedly complained about damage sustained to my pupil. Currently, half of my pupil is bright red in color and I am suffering from burning of the eyes, blurred vision and sensitivity to light. I am now forced to wear DCC issued "dark glasses" outside and to sit in a darkened room while in the building.
 I feel that both DCC and CMS have continued to be negligent in their health care practices regarding my situation. I now seek to attain your representation and to expand my lawsuit against these litigants.

 I would appreciate your representation at this time.

         Respectfully *Jesus Diaz*

Jesus Diaz
SBI: 474251   Unit: V-Bldg
DCC

*This copy is for you to review where I am at with my litigation*

FP: NWOLF
CORR___ DR___ NOTES___

NOV 22 2006

BILLS___ LMS___ EMPL___
DISB___ Forwd___ IAB___