IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-550-SLR |
| ) | |
| WARDEN THOMAS CARROLL, CMS ) | JURY TRIAL DEMANDED |
| CORRECTIONAL MEDICAL SERVICE, ) | |
| CPL MERSON, LEE ANNE DUNN, ) | |
| DEBORAH RODWELLER, and CINDY ) | |
| ATALLIAN, ) | |
| Defendants. ) | |

## DEFENDANTS' JOINT MOTION FOR ENLARGEMENT OF TIME

1. Plaintiff Jesus Diaz ("Carter") is an inmate incarcerated and under the supervision of the Delaware Department of Correction ("DOC") at the Delaware Correctional Center, Smyrna, Delaware.

2. On or about September 05, 2006, Diaz filed a Complaint with leave to proceed *in forma pauperis* pursuant to 42 *U.S.C.* §1983. Defendants Carroll, Merson, and Atallian ("State Defendants") answered the Complaint on March 12, 2007. (D.I. 17). Defendants CMS, Dunn, and Rodweller filed Motions to Dismiss. (D.I. 15, 20). The motions were denied in part and granted in part by the Court on July 26, 2007. (D.I. 27). The Court dismissed Defendants Dunn and Rodweller, but denied the motion as to Defendant CMS. On July 27, 2007, the Court entered a Scheduling Order setting the fact discovery deadline for November 30, 2007 and the summary judgment deadline for January 2, 2008. (D.I. 28).

3. Discovery at this time is incomplete. Counsel for Defendant CMS served discovery requests on Plaintiff on September 18, 2007 and counsel for State Defendants

served discovery requests on Plaintiff on October 2, 2007. (D.I. 31, 33-34). Plaintiff, however, did not file his discovery requests until two days before the fact discovery deadline on November 28, 2007. (D.I. 45). Thus, discovery has not been completed in time for the preparing and filing of dispositive motions.

   4.  Counsel for Defendants request an enlargement of thirty (30) days time from the January 02, 2008 deadline, for filing of dispositive motions.

   4.  This is the first request for an enlargement of time to the dispositive motion deadlines.

   5.  There is no trial date scheduled in this case.

   6.  A form of order is attached to this motion that will grant Defendants a thirty day extension from January 02, 2008 until on or before February 02, 2008 for the filing of dispositive motions.

   WHEREFORE, the Defendants respectfully request that this Honorable Court grant their Motion and enter an Order, substantially in the form attached hereto.

| | |
|---|---|
| /s/ *Stacey Xarhoulakos*_____ | /s/ *Eric S. Thompson*_____ |
| Stacey Xarhoulakos, ID # 4667 | Eric S. Thompson, Esquire, ID # 4633 |
| Deputy Attorney General | Marshall, Dennehey, Warner, Coleman & |
| State of Delaware | Goggin |
| Department of Justice | 1220 North Market Street, Suite 500 |
| 820 N. French St., 6th Floor | P.O. Box 8888 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 577-8400 | (302) 552-4300 |
| stacey.xarhoulakos@state.de.us | esthompson@mdwcg.com |

Dated: January 02, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESUS DIAZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-550-SLR |
| | ) | |
| WARDEN THOMAS CARROLL, CMS | ) | JURY TRIAL DEMANDED |
| CORRECTIONAL MEDICAL SERVICE, | ) | |
| CPL MERSON, LEE ANNE DUNN, | ) | |
| DEBORAH RODWELLER, and CINDY | ) | |
| ATALLIAN, | ) | |
| Defendants. | ) | |

**ORDER**

This _____ day of _____, 2008, IT IS HEREBY ORDERED, that *Defendants' Joint Motion for Enlargement of Time* is GRANTED. The dispositive motion deadline is enlarged by thirty (30) days until on or before February 02, 2008.

 

_____
Judge Sue L. Robinson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JESUS DIAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-550-SLR |
| ) | |
| WARDEN THOMAS CARROLL, CMS ) | JURY TRIAL DEMANDED |
| CORRECTIONAL MEDICAL SERVICE, ) | |
| CPL MERSON, LEE ANNE DUNN, ) | |
| DEBORAH RODWELLER, and CINDY ) | |
| ATALLIAN, ) | |
| Defendants. ) | |

**7.1.1 CERTIFICATION OF COUNSEL**

Counsel for the Defendants, Deputy Attorney General Stacey Xarhoulakos and Eric S. Thompson, Esquire files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that:

1.  After receiving Plaintiff's untimely discovery requests, counsel for state defendants wrote to Plaintiff requesting that Plaintiff reply and indicate whether he would be opposed to an enlargement of time given the ongoing discovery. Plaintiff did not respond to the letter.

2.  Counsel assumes that the motion is opposed.

/s/ *Stacey Xarhoulakos*
Stacey Xarhoulakos, ID # 4667
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us

/s/ *Eric S. Thompson*
Eric Thompson, Esquire, ID # 4633
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4300
esthompson@mdwcg.com

Dated: January 02, 2008

## *CERTIFICATE OF SERVICE*

I hereby certify that on January 02, 2008, I electronically filed *Defendants' Joint Motion for Enlargement of Time to the Dispositive Motion Deadline* with the Clerk of the Court using CM/ECF and have mailed by United States Postal Service, the document to the following non-registered participant:

Jesus Diaz
SBI # 474251
Delaware Correctional Center
1181 Paddock Road.
Smyrna, DE. 19977

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, ID#4667
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us