IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARDEN THOMAS CARROLL, )<br>CORRECTIONAL MEDICAL )<br>SERVICES, CPL MERSON and )<br>CINDY ATALLIAN, )<br>)<br>Defendants. ) | Civ. No. 06-550-SLR |

ORDER

At Wilmington this 14th day of January, 2008, having considered defendants' joint motion for enlargement of time;

IT IS ORDERED:

1. The defendants' motion for enlargement of time to file summary judgment motions (D.I. 51) is granted.

2. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **February 4, 2008**. Answering briefs and affidavits, if any, shall be filed on or before **March 4, 2008**. Reply briefs shall be filed on or before **March 18, 2008**.

_____
United States District Judge