From: Jesus Diaz
# 474251

Date: 16 JAN 2008

To: Clerk of U.S. District Court
Lock Box 18
Wilmington, Delaware 19801

I would like an updated docket sheet in the following matter: Diaz v. Carroll, et al., Case Number: 1:06-cv-550, Document Number 52

Thank You Very Much,

Sincerely,

Jesus Diaz



CLERK
U.S. District Court
Lock Box 18
Wilmington, DE. 19801

Jesus Diaz
S.B.I.# 474251  Unit: 23-B-L-6
D.C.C.
1181 Paddock Rd.
Smyrna, DE. 19977

16 January 2008

RE: (1) Affidavit in Reply
(2) Request Copy of Docket Sheet to Date
(3) Copy of letter to Counsel Consenting to Discovery Sched. Xtension

Diaz v. Carroll et.al.
06-550-SLR

Dear Clerk of Court

Enclosed Please Find:

(1) Affidavit in Reply to Discovery/Production of Documents by Defendants.

(2) Copy of letter to Counsel Consenting to Discovery Scheduling Order of Extension.

(3) Please may I recieve a COPY of the Docket Sheet Filings in this matter - up to date please.

Thank you very much!

Sincerely,

Jesus Diaz
S.B.I.# 474251   Unit: 23:B-L-6
D.C.C.
Smyrna, DE. 19977

cc:

IM Jesus Diaz
SBI# 424261 UNIT MHU-23-D-66
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To District Court Clerk
U.S. District Court
844 King St.
Wilm. DE 19801



WILMINGTON DE 197
18 JAN 2008 PM 3