# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESUS DIAZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-550-SLR |
| | ) | |
| WARDEN THOMAS CARROLL, CMS CORRECTIONAL MEDICAL SERVICE, CPL MERSON, LEE ANNE DUNN, DEBORAH RODWELLER, and CINDY ATALLIAN, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Warden Thomas Carroll, Corporal Lise Merson, and Cindy Atallian, by and through the undersigned counsel, and hereby move this Honorable Court to enter an Order granting their Motion for Summary Judgment on the grounds set forth in the accompanying Memorandum of Points and Authorities.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Stacey Xarhoulakos*
Stacey Xarhoulakos (#4667)
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400

*Attorney for State Defendants*

Dated: January 23, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 06-550-SLR |
| | ) |
| WARDEN THOMAS CARROLL, CMS | ) |
| CORRECTIONAL MEDICAL SERVICE, | ) |
| CPL MERSON, LEE ANNE DUNN, | ) |
| DEBORAH RODWELLER, and CINDY | ) |
| ATALLIAN, | ) |
| Defendants. | ) |

## **O R D E R**

**WHEREAS**, the Court having considered the Motion for Summary Judgment of the Defendants Warden Thomas Carroll, Corporal Lise Merson, and Cindy Atallian;

**WHEREFORE, IT IS SO ORDERED** this _____ day of_____, 2008 that the State Defendants' Motion for Summary Judgment is GRANTED.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, I electronically filed *Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF to effect service on registered parties and have mailed, by United States Postal Service, the document to the following non-registered party: Jesus Diaz.

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
*Attorney for State Defendants*