IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-550-SLR |
| ) | |
| WARDEN THOMAS CARROLL, CMS ) | JURY TRIAL DEMANDED |
| CORRECTIONAL MEDICAL SERVICE, ) | |
| CPL MERSON, LEE ANNE DUNN, ) | |
| DEBORAH RODWELLER, and CINDY ) | |
| ATALLIAN, ) | |
| Defendants. ) | |

# SEALED EXHIBITS