OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 23, 2008

TO:  Jesus Diaz
     SBI# 474251
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977


    **RE:  *Request for Copy of* Docket, CA 06-550(SLR)**


Dear Mr. Diaz:


    A letter has been received by the Clerk's office from you requesting a copy of the docket sheet in the above noted civil action.


    A copy of the docket requested is enclosed, free of charge for this request only. Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. ***Should you require copywork in the future***, please be aware of this fee requirement.  Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.


    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.


                              Sincerely,


/ead                          PETER T. DALLEO

                              CLERK



cc:  The Honorable Sue L. Robinson
enc: Docket Sheet