IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESUS DIAZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-550 SLR |
| | ) | |
| WARDEN THOMAS CARROLL, CMS | ) | JURY TRIAL |
| CORRECTIONAL MEDICAL SERVICE, CPL. | ) | DEMANDED |
| MERSON, LEE ANNE DUNN, DEBORAH | ) | |
| RODWELLER and CINDY ATALLIAN, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., FOR AN EXTENSION OF DISPOSITIVE MOTION DEADLINE**

Defendant, Correctional Medical Services, Inc. ("CMS"), through its undersigned counsel, hereby moves this Honorable Court to enter the attached Order, extending the Dispositive Motion Deadline until February 29, 2008 and, in support thereof, avers as follows:

1.      Plaintiff Jesus Diaz ("Carter") is an inmate incarcerated and under the supervision of the Delaware Department of Correction ("DOC") at the Delaware Correctional Center, Smyrna, Delaware.

2.      On or about September 05, 2006, Diaz filed a Complaint with leave to proceed *in forma pauperis* pursuant to 42 *U.S.C.* §1983. Defendants Carroll, Merson, and Atallian ("State Defendants") answered the Complaint on March 12, 2007. (D.I. 17). Defendants CMS, Dunn, and Rodweller filed Motions to Dismiss. (D.I. 15, 20). The motions were denied in part and granted in part by the Court on July 26, 2007. (D.I. 27). The Court dismissed Defendants Dunn and Rodweller, but denied the motion as to Defendant CMS. On July 27, 2007, the Court

entered a Scheduling Order setting the fact discovery deadline for November 30, 2007 and the summary judgment deadline for January 2, 2008. (D.I. 28).

3. State Defendants filed a Motion for Summary Judgment on January 23, 2008. (D.I. 55)

4. A medical expert has been retained by CMS to testify in this matter; however, due to the expert's schedule, he is unable to provide a report in support of the Motion for Summary Judgment expected to be filed by CMS in time to comply with the February 4, 2008 dispositive Motion Deadline. CMS has a good faith belief that it has not violated Plaintiff's constitutional rights with regard to the treatment he has received and continues to receive for his eyes..

5. At the request of State Defendants, the Dispositive Motion Deadline was previously extended until February 4, 2008 from the original January 2, 2008 deadline. (D.I. 53).

6. State Defendants do not oppose this Motion and correspondence was sent to Plaintiff on January 22, 2008 informing him of CMS' intent and requesting whether he would oppose CMS' request for an extension of the dispositive motion deadline. No response has been received; therefore, it will be assumed Plaintiff opposes this Motion.

7. There is no trial date scheduled in this case.

8. A form of order is attached to this motion that will grant Defendants an extension from February 4, 2008 until on or before February 29, 2008 for the filing of dispositive motions.

WHEREFORE, defendant, Correctional Medical Services, Inc., respectfully moves this Honorable Court to enter the attached Order, extending the Dispositive Motion Deadline until February 29, 2008.

          MARSHALL, DENNEHEY, WARNER,
          COLEMAN AND GOGGIN

BY:   */s/ Eric Scott Thompson*
        KEVIN J. CONNORS, ESQUIRE,(DE ID # 2135)
        ERIC SCOTT THOMPSON
        1220 N. Market Street, 5th Floor
        P.O. Box 8888
        Wilmington, DE  19899-8888
        (302) 552-4302
        Attorneys for Defendant, Correctional Medical Services, Inc.

Date: January 29, 2008

15/577631.v1

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of the *Motion of Defendant, Correctional Medical Services, Inc., for an Extension of the Dispositive Motion Deadline*, in the above-captioned matter this date by regular mail to:

Jesus Diaz
SBI # 474251
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

and by electronic filing upon the person listed below:

Stacy Xarhoulakos, Esquire
Department of Justice
Carvel State Office Building
820 North French Street, 8th Floor
Wilmington, DE 19801

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN AND GOGGIN

BY:  */s/ Eric Scott Thompson*
        KEVIN J. CONNORS, ESQUIRE,(DE ID # 2135)
        ERIC SCOTT THOMPSON
        1220 N. Market Street, 5th Floor
        P.O. Box 8888
        Wilmington, DE 19899-8888
        (302) 552-4302
        Attorneys for Defendant, Correctional Medical Services, Inc.

Date: January 29, 2008

15/577631.v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESUS DIAZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-550 SLR |
| | ) | |
| WARDEN THOMAS CARROLL, CMS | ) | JURY TRIAL |
| CORRECTIONAL MEDICAL SERVICE, CPL. | ) | DEMANDED |
| MERSON, LEE ANNE DUNN, DEBORAH | ) | |
| RODWELLER and CINDY ATALLIAN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This _____ day of _____, 2008, IT IS HEREBY ORDERED, that the *Motion of Defendant, Correctional Medical Services, Inc., for an Extension of the Dispositive Motion Deadline* is GRANTED. The dispositive motion deadline is enlarged until on or before February 29, 2008.

_____
Judge Sue L. Robinson

15/577639.v1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESUS DIAZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-550 SLR |
| | ) | |
| WARDEN THOMAS CARROLL, CMS | ) | JURY TRIAL |
| CORRECTIONAL MEDICAL SERVICE, CPL. | ) | DEMANDED |
| MERSON, LEE ANNE DUNN, DEBORAH | ) | |
| RODWELLER and CINDY ATALLIAN, | ) | |
| | ) | |
| Defendants. | ) | |

## 7.1.1 CERTIFICATION OF COUNSEL

Counsel for the Defendant, Correctional Medical Services, Inc., Eric Scott Thompson, Esquire files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that:

1. Counsel for CMS wrote to Plaintiff requesting Plaintiff indicate whether he would be opposed to an enlargement of the time to file dispositive motions. Plaintiff did not respond to the letter.

2. Counsel assumes that the motion is opposed.

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN AND GOGGIN

                            BY:   */s/ Eric Scott Thompson*
                                        KEVIN J. CONNORS, ESQUIRE,(DE ID # 2135)
                                        ERIC SCOTT THOMPSON
                                        1220 N. Market Street, 5th Floor
                                        P.O. Box 8888
                                        Wilmington, DE  19899-8888
                                        (302) 552-4302
Date: January 29, 2008                Attorneys for Defendant, Correctional Medical
                                        Services, Inc.

15/577647.v1