IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-550-SLR |
| ) | |
| WARDEN THOMAS CARROLL, ) | |
| CORRECTIONAL MEDICAL ) | |
| SERVICES, INC., CPL MERSON and ) | |
| CINDY ATALLIAN, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 4th day of February, 2008, having considered Correctional Medical Services, Inc.'s motion for extension of time;

IT IS ORDERED:

1. The defendant's motion for extension of time to file summary judgment motions (D.I. 59) is granted.

2. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **February 29, 2008.** Answering briefs and affidavits, if any, shall be filed on or before **March 28, 2008.** Reply briefs shall be filed on or before **April 11, 2008.**

_____
United States District Judge