IN THE SUNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESUS DIAZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-550-SLR |
| | ) | |
| WARDEN THOMAS CARROLL, | ) | |
| CMS CORRECTION MEDICAL | ) | |
| SERVICE, CPL MERSON, LEE ANNE | ) | |
| DUNN, DEBORAH RODWELLER, and | ) | |
| CINDY ATTALLIAN, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBITS 2, 3, 4, 5 and 6
TO MEMORANDUM OF POINTS AND AUTHORITIES OF
CORRECTIONAL MEDICAL SERVICES, INC., IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL

**MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN**

KEVIN J. CONNORS, ESQ.  (DE ID #2135)
ERIC SCOTT THOMPSON, ESQ. (DE ID # 4633)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4370
Attorneys for Defendant, Correctional Medical
Services, Inc.

15/588569.v1