**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CA 06-550 SLR

JESUS DIAZ,

    PLAINTIFF,

v.

WARDEN THOMAS CARROLL,
CMS. CORRECTIONAL MEDICAL
SERVICE, CPL. MERSON,
LEE ANN DUNN, DEBORAH
RODWELLER, AND CINDY
ATALLIAN,

    DEFENDANTS.

COUNTY OF NEW CASTLE  )
STATE OF DELAWARE     ) SS:
                      )

## AFFIDAVIT

BE IT REMEMBERED THAT ON  4th  DAY OF APRIL 2008 PERSONALLY APPEARED BEFORE ME, A NOTARY PUBLIC IN AND FOR THE COUNTY AND STATE AFORESAID, JESUS DIAZ, KNOWN TO ME PERSONALLY TO BE SUCH, WHO AFTER BEING DULY SWORN DID DEPOSE AND STATE TO WITT:

1

## I. FACTS

1. AFFIANT HAS CONTINUOUSLY EXPERIENCED PAIN AND SUFFERING WITH HIS EYE, NOTABLY, SENSITIVITY TO BRIGHT LIGHTS, CONSTANT WATERING, WHAT FEELS LIKE A THROBBING SPAZEM OR EYE LID TWITCH WHICH COMES AND GOES AND POOR VISION.

2. AFFIANT HAS CONTINUOUSLY SOUGHT TREATMENT AND ATTENTION THRU THE SICK CALL PROCESS.

3. AFFIANT ASSERTS IT IS CLEAR TO THE AVERAGE LAY PERSON THAT AFFIANT HAS AND IS SUFFERING FROM AN EYE AILMENT/INJURY NOW.

4. ON FRIDAY MARCH 28th 2008 AFFIANT WAS EXAMINED BY CORRECTIONAL MEDICAL SERVICES ON SITE OPTOMATRIST DR. DEMELLO.

5. DR. DEMELLO CONDUCTED AN EYE EXAMINATION UPON AFFIANT AND RENDERED AN EXPERT OPINION THAT AFFIANT "NEEDS SURGERY".

6. AFFIANT WILL SEEK TO HAVE DR. DEMELLO TESTIFY TO THIS AT TRIAL.

AFFIANT: _Jesus Diaz_
JESUS DIAZ
SBI.# 474251  UNIT: 23-B-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK Rd.
SMYRNA, DE. 19977

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___4th___ DAY OF APRIL 2008

MY COMMISSION EXPIRES:
___6-17-08___

_____
NOTARY PUBLIC

3

## Certificate of Service

I, _Jesus Diaz_, hereby certify that I have served a true and correct cop(ies) of the attached: _Affidavit Civ. No. 06-550SLR_ _____ upon the following parties/person (s):

TO: _District Court Clerk_
_U.S District Court_
_844 King St_
_Wilm. DE 19801_

TO: _Hon. Sue L. Robinson_
_U.S District Court_
_844 King St_
_Wilm. DE 19801_

TO: _Eric Scott Thompson_
_1220 N. Main St 5th Fl_
_P.O. Box 8888_
_Wilm DE 19899-8888_

TO: _Stacey Xarhoulakos_
_Attorney Generals Office_
_Dept of Justice_
_820 N. French St_
_Wilm. DE 19801_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _4th_ day of _April_, 2008

_Jesus Diaz_

I/M JESUS DIAZ
SBI# 421251  UNIT 23-B-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: District Cour Clerk
U.S. District Court
844 King St
Wilm. DE 19801