IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JESUS DIAZ,
    Plaintiff,

v.

WARDEN: THOMAS CARROLL,
CORRECTIONAL MEDICAL SERVICES,
CPL MERSON, LEE ANNE DUNN,
DEBORAH RODWELLER AND CINDY
ATALLIAN,   Defendants.

Civil Action No 06-550-SLR

JURY TRIAL DEMAND



FILED
APR 11 2008
U.S. DIST COURT
DISTRICT OF DELAWARE

MOTION TO AMEND PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 15(a)

Now come the above captioned plaintiff who is pro'se and files this motion to amend requesting that the below listed defendants be added to the complaint respectfully. The plaintiff is an inmate incarcerated at the Delaware Correctional Center filed his complaint pursuant to 42 U.S.C. § 1983. The plaintiff states that he has suffered a violation of his 8th amendment right to the Constitution. Wherefore the plaintiff asks that his complaint be amended by adding MR. CHAD BAR to the Complaint. Mr. Bar is the regional Director for Correctional medical service. He was contacted by the plaintiff concerning medical problems and the lack of medical care being provided to the plaintiff eyes following a surgery in which the plaintiff eyes were scared by the physician. In fact Mr. Bar has failed in his obligation to provide a remedy or solution to the plaintiff serious medical

(1)

needs. The plaintiff states that Mr. Bar has not acted on the procedures or practices consistent with generally accepted professional standards that would ensure the plaintiff would recieve the proper eye care appropriate to his diagnosis. Mr. Bar has only ignored the plaintiffs correspondence letters which has also constituted the act of being deliberately indifferenced to the plaintiff medical needs. The plaintiff states that Mr. Bar has the responsibility as regional Director of C.M.S. to provide adequate medical care to the plaintiff which he has not done. The Plaintiff also seeks to add Mr. JAMES WELCH to the complaint. Mr. Welch is employed by the Department of Corrections as Director of Health Care Services. He has the duties of overseeing the Contract between the Department of Corrections and the medical provider C.M.S. . Although Mr. Welch don't provide medical treatments to inmates he has A obligation to ensure that all inmates recieve adequate medical care from the Contracted medical provider. The plaintiff states that he has written and requested from Mr. Welch treatment and any other help he may be able to provide because if the plaintiff looses his eye-sights his disability will become life-altering. Allegations of such requests for medical treatment and or assistance from prison officials that are ignored especially in circumstances described in this motion to amend, state A cause of action under section § 1983. The plaintiff states that Mr. Welch not only ignored his correspondence he never even responded to it. The plaintiff contends that the eighth amendment prohibition of cruel and unusual punishments draws its meaning from the evolving

standards of decency that mark the progress of A maturing society. The plaintiff states that the unnecessary and wanton infliction of pain should apply in regards to the difference in the kind of conduct against which an eighth amendment violation is lodged. The plaintiff states that the scaring on his eyes can and should be corrected to restore his vision and he contends that Mr. Welch and Mr. Bar have failed to; in every way possible to recognize his constitutionally guaranted right to A certain degree of medical treatment while incarcerated - Estelle V. Gamble 429 U.S. at 103, 97 S. Ct at 290. Since prisoners cannot obtain their own medical services, the constitution requires prison authorities to provide them with reasonable and adequate medical care. The plaintiff also seeks to amend naming Doctor: GARY MARKOWITZ. Dr. MARKOWITZ is directly responsible for the damage to the plaintiff eyes. The plaintiff states that Dr. Markowitz has shown A form of deliberte indifference to his medical needs by demonstrating acts of neglect and ignoring the plaintiffs suffering by denial of access to medical attention that can correct the problems with the plaintiff eyes. The plaintiff states that Dr. Markowitz scared his eyes while performing surgery making his eyes sensitive to light and painful and, he must now wear sunglasses to protect his eyes from light. The plaintiff states that if even the slightest bit of light hits his eyes directly - his eyes experience sudden pain and begins to tear-up. This medical condition is A condition the plaintiff did not have prior to the surgery provided by Dr. Markowitz. It is not understood by the plaintiff how or why Dr. Markowitz would cause such damage to his eyes and then not correct the damage by delaying or dening the plaintiff to medical attention that would correct the situation. It appears that Dr. Markowitz judgment was either

A form of negligence / inadequate medical care or respectively Deliberate indifference, in any case he has subjected the plaintiff to A form of disability.

Wherefore with respect to all parties the plaintiff respectfully prays that this motion to amend be granted naming all (3) of the above individuals as defendants.

Respectfully Submitted

JESUS DIAZ # SBI 474251
D.C.C. 1181 Paddock Rd
Smyrna, Delaware. 19977

THIS 8 DAY OF APRIL
Jesus Diaz

(4)

# Certificate of Service

I, __JESUS DIAZ__, hereby certify that I have served a true and correct cop(ies) of the attached: __MOTION TO AMEND FRCP 15(a)__ _____ upon the following parties/person (s):

TO: __UNITED STATES DISTRICT COURT__
__844 King St__
__Lock Box #18__
__Wilmington, Del. 19801__

TO: __STACEY XARHOULKOS__
__Dept of Justice__
__820 N. French St.__
__Wilmington, Del. 19801__

TO: __ERIC SCOTT THOMPSON__
__1220 N. MAIN ST 5th FL.__
__P.O. Box 8888__
__Wilmington, Del. 19899__

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __8__ day of __April__ _____, 2008

__Jesus Diaz__

I/M: JESUS DIAZ
SBI# 424251   UNIT 23-B-L

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: UNITED STATE DISTRICT COURT Clerk
844 King ST
Wilmington Delaware
19801

MR. JAMES WELCH
DIRECTOR OF HEALTH CARE SERVICES
DEPARTMENT OF CORRECTIONS
245 Mckee Rd
Dover, Del. 19904

Dear Mr. Welch,

I am writing you this letter to request your assistance in obtaining medical treatment for both of my eyes. During surgery to correct damage to my eyes they where scared causing more damage to my vision. I have repeatedly requested treatment from the medical department but nothing is being done. I have alot of pain from the scaring and almost always have to wear sun-shades because the sunlight is unbarable. Your input/response and any and all the assistance you can give to me and my medical situation will be greatly appreciated. Thank You - I await your response.

Sincerly,

This 8 Day of April

_Jesus Diaz_

JESUS DIAZ No# 474256
DCI 1181 Paddock Rd Smyrna, Del. 19977

CC: CORRECTIONAL MEDICAL SERVICES-
    REGIONAL DIRECTOR: CHAD BAR-
    DIRECTOR OF HEALTH CARE SERVICES: JAMES WELCH.

CORRECTIONAL MEDICAL SERVICES
1201 College Park Drive
Suite 101
Dover, Del. 19904

To whom it may Concern,

I am writing you this letter to request your assistance in obtaining medical treatment for both of my eyes. During eye surgery to correct damage to my eyes they were scared causing more damage to my vision. I have repeatedly requested treatment from the medical department but nothing is being done. I have alot of pain from the scaring and almost always have to wear sun-shades because the sunlight is unbarable. Your input/response and any and all the assistance you can give to me and my medical situation will be greatly appreciated. Thank You - I await your response.

This 8 Day of April

Jesus Diaz

Sincerly

JESUS DIAZ No# 474251
D.C.C. 1181 Paddock. Rd. Smyrna Del
19977

CC: CORRECTIONAL MEDICAL SERVICES -
    REGIONAL DIRECTOR: CHAD BAR -
    DIRECTOR OF HEALTH CARE SERVICES: JAMES WELCH.

MR. CHAD BAR
REGIONAL DIRECTOR OF
CORRECTIONAL MEDICAL SERVICES
1201 College Park Drive
Suite 101
Dover, Del. 19904

Dear Mr. Bar,

I am writing you this letter to request your assistance in obtaining medical treatment for both of my eyes. During surgery to correct damage to my eyes they were scared causing more damage to my vision. I have repeatedly requested treatment from the medical department but nothing is being done. I have alot of pain from the scaring and almost always have to wear sun-glasses because the sunlight is unbarable. Your input/response and any and all the assistance you can give to me and my medical situation will be greatly appreciated. Thank You - I await your response.

This 8 Day of April

Jesus Diaz

Sincerly

JESUS DIAZ No# 474151
DCC 1181 Paddock Rd Smyrna, Del.
19977

cc: CORRECTIONAL MEDICAL SERVICES -
REGIONAL DIRECTOR: CHAD BAR -
DIRECTOR OF HEALTH CARE SERVICES: JAMES WELCH.