COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JESUS DIAZ,

    PLAINTIFF,

V.

WARDEN THOMAS CARROLL,
CMS CORRECTIONAL MEDICAL
SERVICES, CPL. MERSON,
LEE ANN DUNN, DEBORAH
RODWELLER, AND CINDY
ATALLIAN,

    DEFENDANTS

C.A. NO. 06-550-SLR

JURY TRIAL DEMANDED


FILED
APR 1 4 2008

PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION
RESPONSE TO CORRECTIONAL MEDICAL SERVICES, INC.,
MOTION FOR SUMMARY JUDGMENT.

28 MARCH 2008

*Jesus Diaz*
JESUS DIAZ
SBI # 474251   UNIT: 23
D.C.C.
SMYRNA, DE. 19977

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, <br> PLAINTIFF, <br> v. <br> WARDEN THOMAS CARROLL, CMS CORRECTIONAL MEDICAL SERVICE, CPL. MERSON, LEE ANN DUNN, DEBORAH RODWELLER, AND CINDY ATALLIAN, <br> DEFENDANTS. | CA. NO. 06-550-SLR <br><br> JURY TRIAL DEMANDED |

PLAINTIFFS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS BRIEF IN OPPOSITION TO CORRECTIONAL MEDICAL SERVICES, INC., MOTION FOR SUMMARY JUDGMENT.

PLAINTIFF, JESUS DIAZ, PRO SE, HEREAFTER PLAINTIFF, RESPECTFULLY MOVES THIS COURT TO ENTER AN

ORDER DENYING DEFENDANT C.M.S.' MOTION FOR SUMMARY JUDGMENT, AND RULING IN PLAINTIFF'S FAVOR SENDING THIS CASE TO TRIAL FOR THERE IS A GENUINE ISSUE OF MATERIAL FACT WHETHER PLAINTIFF HAS AN EYE INJURY/AILMENT, AND IF SAID INJURY/AILMENT IS......"SO OBVIOUS THAT A LAY PERSON WOULD EASILY RECOGNIZE THE NEED FOR A DOCTORS ATTENTION."

## I. STATEMENT OF FACTS

A. PLAINTIFF LARGELY AGREES AND ACCEPTS THE STATEMENT OF FACTS RECITED BY DEFENDANT C.M.S. IN ITS MTN. FOR SUMMARY JUDGMENT PAGES ONE THRU FIVE TAKING <u>EXCEPTION</u> TO/WITH DEFENDANTS BALD ASSERTION THAT PLAINTIFF..."HAS NEVER APPEALED ANY GRIEVANCE EVEN THOUGH HE HAS SUBMITTED GRIEVANCES AND REFUSED TO AGREE WITH THE REMEDY PROPOSED BY THE PANEL HEARING THE

GRIEVANCE. IT IS PLAINTIFFS BELIEF THAT PLAINTIFF HAS ATTEMPTED TO APPEAL ALL ACTIONS AND INACTIONS TAKEN BY THE GRIEVANCE BOARD PROCESS, YET, SUCH ATTEMPTS HAVE PROVEN FUTILE.

## II. STANDARD OF REVIEW

PLAINTIFF ALLEGES THERE IS A GENUINE ISSUE OF MATERIAL FACTS, AND THAT DEFENDANT'S C.M.S. ARE NOT ENTITLED TO SUMMARY JUDGMENT AS A MATTER OF LAW.

A.) PLAINTIFF DOES HAVE A EYE INJURY/EYE AILMENT-CONDITION.

B.) PLAINTIFF'S EYE INJURY/EYE AILMENT is PART INTERNAL/EXTERNAL.

C.) PLAINTIFF'S CURRENT CONDITION OF HIS EYE INJURY/AILMENT IS "SO OBVIOUS THAT A LAY PERSON WOULD EASILY RECOGNIZE THE NEED FOR A DOCTOR'S ATTENTION."

D.) The MARCH 28, 2008 EXAMINATION BY DEFENDANT'S C.M.S. ON SITE EXPERT OPTOMETRIST DR. DEMELLO REVEALED "PLAINTIFF Needs SURGERY."

A COURT MAY NOT ISSUE SUMMARY JUDGMENT WHEN THERE IS A GENUINE ISSUE TO ANY MATERIAL FACT AND THEREFORE THE MOVING PARTY IS NOT ENTITLED TO JUDGMENT AS A MATTER OF LAW. A DISPUTE IS GENUINE IF THE EVIDENCE IS SUCH THAT A REASONABLE JURY COULD RETURN A VERDICT FOR THE NONMOVING PARTY, <u>ANDERSON V. LIBERTY LOBBY INC.</u> 477 U.S. 242 (1986)

THE PLAINTIFFS STATEMENTS OF FACT, TAKEN AS TRUE, CLEARLY SUPPORT THAT THERE <u>ARE</u> GENUINE ISSUES OF MATERIAL FACTS WHICH A JURY NEEDS TO DELIBERATE UPON.

### III. LEGAL ARGUMENTS

PLAINTIFF CONTENDS DEFENDANT C.M.S. IS LIABLE FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS THAT THERE HAS BEEN A DELIBERATE INDIFFERENCE TO PLAINTIFFS SERIOUS MEDICAL NEEDS, THAT PLAINTIFF

5

does have a serious medical need to witt:

A). The March 28, 2008 examination by Dr. Demello which determined that Plaintiff "needs eye surgery."

B) That said medical need is one which will result in lifelong handicap and irreparable harm.

C) Plaintiff asserts Dr. Demellos examination of 3-28-08 revealed that treatment beyond that provided by C.M.S. was necessary / is required and that a deliberate indifference to Plaintiff's serious medical need has occurred and exists.

D) The failure of Defendant's C.M.S. to effectively treat Plaintiffs eye condition has subjected Plaintiff to unnecessary suffering and has caused further injurious effect upon Plaintiffs eye.

-6-

The issue of how long plaintiff has needed the surgery Dr. Demello found necessary to recommend 3-28-08 is a issue which should be determined at trial.

As a result of the facts contained herein, expert testimony does in fact exist as to the current state of plaintiff's eye condition, and that this expert testimony supports plaintiff's contention that plaintiff has continuously suffered with this condition and defendant's C.M.S. have been deliberately indifferent to plaintiff's eye condition. This is not a dispute over technique or form of treatment. That plaintiff's need is one that has been diagnosed by a physician as requiring treatment and in this case the need for treatment is..."so obvious that a lay

PERSON WOULD RECOGNIZE THE NECESSITY FOR A DOCTOR'S ATTENTION.

## - CONCLUSION -

BASED UPON THE FOREGOING ARGUMENT PLAINTIFF MOVES THIS HONORABLE COURT TO DENY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.

DATED: 28 MARCH 08

Jesus Diaz
Jesus Diaz
#474251  Unit-23-B-L6
D.C.-C
1181 Paddock Rd.
SMYRNA   DE  19977

## Certificate of Service

I, __JESUS DIAZ__, hereby certify that I have served a true and correct cop(ies) of the attached: __ANSWERING BRIEF IN OPPOSITION TO MTN. FOR Summary Jgmnt.__ upon the following parties/person(s):

TO: __ERIC SCOTT THOMPSON, ESQ.,__
__KEVIN J. CONNORS, ESQ.,__
__1220 N. MARKET Street, 5th Fl.__
__P.O. Box 8888__
__WILMINGTON DE 19899-8888__

TO: __STACY XARHOULAKOS, ESQ.,__
__DEPT. OF JUSTICE__
__CARVEL STATE OFFICE Bldg__
__820 N. FRENCH ST. 8th Floor__
__WILMINGTON, DE. 19801__

TO: __District Cou Clerk__
__U.S. District Court__
__844 KING St__
__Wilm. DE 19801__

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __29th__ day of __MARCH__, 2008

__Jesus Diaz__
JESUS DIAZ
SBI# 474251  UNIT 23-B-L-6
D.C.C.
SMYRNA DE. 19977

IM Jesus Diaz
SBI# 474251 UNIT 23-B-26
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

District Court Clerk
U.S. District Court
844 King St
Wilm. DE 19801


