## **CORRECTED CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the **REPLY OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., IN SUPPORT OF ITS AMENDED MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Stacey Xarhoulakos, Esq.
Department of Justice
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801

I hereby certify that on this date, I have mailed by United States Postal Service, **REPLY OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., IN SUPPORT OF ITS AMENDED MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT** to the following non-registered participant:

Jesus Diaz
SBI# 474251
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                      MARSHALL, DENNEHEY, WARNER,
                                      COLEMAN & GOGGIN
                                      BY:  */s/ Eric Scott Thompson*
                                                KEVIN J. CONNORS, ESQ.
                                                DE Bar ID: 2135
                                                ERIC SCOTT THOMPSON, ESQ.
                                                DE BAR ID: 4633
                                                1220 North Market Street, 5th Fl.
                                                P.O. Box 8888
                                                Wilmington, DE 19899-8888
                                                Attorneys for Defendant, Correctional Medical Services, Inc.

DATED: April 25, 2008
15/611993.v1