IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JESUS DIAZ,

    Plaintiff,

v.

WARDEN: THOMAS CARROLL, C.M.S. CORRECTIONAL MEDICAL SERVICES, CPL. MERSON, LEE ANNE DUNN, DEBORAH RODWELLER AND CINDY ATALLIAN

    Defendants,

Civ. NO. 06-550-SLR

JURY TRIAL DEMANDED

## PLAINTIFF's OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

DATED 5/1/2008

JESUS DIAZ = PRO'SE
SBI # 474251
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DEL. 19977

(1)


FILED
MAY 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT.

On February-5-2008 this Court entered an order setting dispositive motion deadlines as follows:

Opening briefs due 2/29/08
Answering briefs due 3/28/08
Reply briefs due 4/11/08

On February 29, 2008 C.M.S. filed its motion for Summary Judgment Wherefore the plaintiff states the following and requests the Court to consider the same.

1. The plaintiff not being an American Citizen has limited understanding of his legal right under the Constitution has been subjected to the assistance of jail house lawyers. He contends that he is indegent and unable to obtain legal counsel to represent him in this law suit. The plaintiff states that there is A special circumstance because he is unable to litigate this action without help from other individuals which may have prevented his filings from being timely.

The plaintiff states that C.M.S. contention that the plaintiff did not identify any experts prior to March-28-2008 in regards to his needs for eye surgery and treatment may be so, However the fact of the matter remains that Doctor. Demello is an expert and her willingness to testify at trial is not A question of law but rather evidence that the plaintiff has A very serious Condition to his eyes that require surgery and treatment. The plaintiff states that his medical problems are not related to any new Condition, but, is the result of his eyes being scared during surgery. The plaintiff elects to agree that A serious medical need is one that is diagnosed by A physician as requiring treatment, or one that is so obvious that A lay person would easily recognize the need for A doctors attention.

With respects to Doctor. Demello medical recommendation C.M.S. has not met its burden of proof that would uphold there request for A summary judgment. C.M.S. is and continue to be deliberately indifference to the plaintiff medical needs. C.M.S. has intentionally delayed treatments to correct the plaintiff visions, infact the plaintiffs visions are so bad that he must protect his eyes from light and he is constantly expieriencing pain from them. as A result of the scaring he obtained from Doctor. Markowitz performance of surgery.

The plaintiff states that he has established A violation of his Eighth Amendment where the defendants know of and are disregarding an excessive risk to the plaintiffs health. U.S.C.A. Const. Amend. 8.

In Hadix V, Caruso 465 F. supp. 2d. 276 (W.D Mich 2006) "Quote" Prospective relief in any civil action with respect to prison conditions shall extend no further than necessary to correct the violation of the Federal right of A particular Plaintiff or Plaintiffs. In Helling V. McKinney 509 U.S. 25. 113 S.CT. 2475. 125 L.Ed. 2d. 22 (1993) Helling said the following about future threats of injury. It would be odd to deny an injunction to inmates who plainly proved an unsafe lifethreatening condition in their prison on the ground that nothing yet had happened to them. The plaintiff states that C.M.S. has been deliberately indifferenced to his serious medical needs and that he is suffering the unnecessary and wanton infliction of pain and that the indifference is manifested by C.M.S. in delaying access to medical treatment that would correct damage to his eyes, and by prison doctors who also are neglecting his needs in intentionally denying or delaying access to medical care or intentionally and willfully interfering with treatment once prescribed or recormended. Estelle V. Gamble 97 S.CT 285 - <u>Cite as</u> 429 U.S. 97, 97 S.Ct. 285 (1976). For C.M.S. to contend that the plaintiff condition hasn't worsened is A matter of opinion and not A medical finding infact C.M.S. has not submitted

(3)

any medical facts or finding that will support their arguments for Summary judgment. The plaintiff states that his medical condition is far from a difference of opinion "But" is an act of cruel and unusual punishment. When the plaintiff agreed to undergo surgery on his eyes ( There was given only One Choice ) accept it or reject it. As an inmate the plaintiff states that we must rely on those whom are in control of our daily lives to provide adequate medical care. The plaintiff states that had his medical needs been met, he would not be expiencing pain from his eyes or have to protect his eyes from light. This is clearly not a difference of opinion regarding treatment but rather the lack of treatment to a serious medical needs.

Wherefore the plaintiff prays that based on this opposition to the defendants Motion for Summary judgment - That the Court dismiss the defendants Amended motion to dismiss or in the Alternative Motion for Summary judgment filed by the defendants on 4/25/08.

This 1ST Day of ~~MAY~~ 2008

Respectfully Submitted
JESUS DIAZ
JESUS DIAZ
474251 UNIT MHU#23
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
Smyrna, Del. 19977

(4)

# Certificate of Service

I, _Jesus Diaz_, hereby certify that I have served a true and correct cop(ies) of the attached: _OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT_ upon the following parties/person (s):

TO: _UNITED STATES DISTRICT COURT_
_844 KING ST_
_LOCKBOX #18_
_Wilmington Del 19801_

TO: _STACY XARHOULAKIS_
_DEL-DEPT-OF JUSTICE_
_820 N. FRENCH ST._
_Wilmington Del 19801_

TO: _ERIC SCOTT THOMPSON_
_1220 N. MAIN ST, 5th FL._
_P.O. BOX 8888_
_Wilmington, Del. 19899_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _1_ day of _MAY_, 2008

_Jesus Diaz_

I/M JESUS DIAZ
SB I# 174251  UNIT 23-B-6
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE $ 00.58
MAILED FROM ZIP CODE 19977

UNITED STATES DISTRICT COURT
844 King St
Lock Box 18
Wilmington Del 19801