IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) Civ. No. 06-550-SLR | |
| ) | |
| WARDEN THOMAS CARROLL, ) | |
| CORRECTIONAL MEDICAL ) | |
| SERVICES, INC., CPL MERSON, and ) | |
| CINDY ATALLIAN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington this 30th day of July 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. State defendants' motion for summary judgment is **granted**. (D.I. 55)

2. Correctional Medical Services, Inc.'s motion for summary judgment is **granted**. (D.I. 61)

3. Plaintiff's motion to amend is **denied**. (D.I. 64)

4. The clerk of the court is directed to enter judgment in favor of defendants Tom Carroll, Correctional Medical Services, Cpl. Merson, and Cindy Atallian, and against plaintiff.

_____
UNITED STATES DISTRICT JUDGE