IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JESUS DIAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-550-SLR |
| | ) |
| WARDEN THOMAS CARROLL, CORRECTIONAL MEDICAL SERVICES, CPL MERSON and CINDY ATALLIAN, | ) ) ) ) |
| | ) |
| Defendants. | ) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of July 28, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Tom Carroll, Correctional Medical Services, Cpl. Merson, and Cindy Atallian, and against plaintiff Jesus Diaz.

_____
United States District Judge

Dated: 8/4/08

_____
(By) Deputy Clerk