07-30-08

District Court Clerk
US District Court
844 King St.
Wilm. DE 19801

RE: State V. Jesus Diaz #4742
Civil No. 06-550-SLR

Dear Court Clerk:

I would like to know how much more money do I owe to the Court concerning my law-suit that I have pending, so could you please send me a copy of my status sheets concerning my up to date balance of how much more money I owe to my law suit.

Thank-You

X Jesus Diaz

I/M Jesus Diaz
SBI# 471251  UNIT KB-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.42
MAILED FROM ZIP CODE

To: District Court Clerk
U.S. District Court
844 King St.
Wilm, DE, 19801