OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 6, 2008

TO: Jesus Diaz
SBI# 474251
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Financial Ledger for 06-550(SLR)**

Dear Mr. Diaz:

This is in response to your letter received on 8/4/2008 requesting your financial ledger. The financial ledger states the remaining balance is $55.87. Please see the enclosed ledger.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Financial Ledger

JESUS DIAZ V. CARROLL ET AL

CA 06-550-SLR
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 9/14/2006 | | | | 350 |
| 1/5/2007 | 5100PL | 145874 | 13.04 | 336.96 |
| 2/8/2007 | 5100PL | 146383 | 18.00 | 318.96 |
| 3/13/2007 | 5100PL | 146818 | 73.00 | 245.96 |
| 6/14/2007 | 5100PL | 147890 | 14.00 | 231.96 |
| 8/8/2007 | 5100PL | 148459 | 0.30 | 231.66 |
| 9/12/2007 | 5100PL | 148845 | 25.70 | 205.96 |
| 10/12/2007 | 5100PL | 149199 | 18.00 | 187.96 |
| 11/5/2007 | 5100PL | 149470 | 27.96 | 160 |
| 11/5/2007 | 0869PL | 149470 | 10.04 | 149.96 |
| 12/19/2007 | 0869PL | 149986 | 6.00 | 143.96 |
| 1/17/2008 | 0869PL | 150392 | 18.00 | 125.96 |
| 3/17/2008 | 0869PL | 151209 | 8.00 | 117.96 |
| 4/15/2008 | 0869PL | 151565 | 14.00 | 103.96 |
| 5/5/2008 | 0869PL | 151832 | 43.96 | 60 |
| 5/5/2008 | 086400 | 151832 | 4.04 | 55.96 |
| 7/9/2008 | 086400 | 152581 | 0.09 | 55.87 |