IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Jesus Diaz, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-550-SLR |
| | ) | |
| Warden Thomas Carroll, C.M.S., | ) | |
| Cpl. Merson, Cindy Atallian | ) | |
|     Defendants. | ) | |

Motion to Amend Judgment

FILED

AUG 15 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

    Comes now the Plaintiff in the above stated matter, and pursuant the F.R.C.P. *Rule 59(e)* to seek redress and ask this Court for an amended judgment. In support Plaintiff avers the following:

1. Judgment was entered in the U.S. District Court on 7-28-08. Plaintiff received this notice of judgment on 8-6-08.
2. Plaintiff states that the Court issued no reasons for rendering this decision.
3. Plaintiff states that he was never given any opportunity to properly litigate this matter. Furthermore, he states that he was unaware that any such decision was pending.
4. F.R.C.P. Rule 59(e) states that a Motion for Amended Judgment must be filed within ten days from the entry of judgment.
5. Plaintiff contends that there was no way possible for him to even be aware of this decision until he was served with the Judgment from the U.S. District Court.

In light of the aforementioned averments the Plaintiff now comes before this Honorable Court, and asks that Her Honor reconsiders this ruling and allow this litigation to move forward.

Submitted this 13th day of August, 2008.

*Jesus Diaz*

Jesus Diaz,
James T. Vaughn Correctional Center
1181 Paddock road
Smyrna, DE 19977

## Certificate of Service

I, Jesus Diaz hereby certify that I have served a true and correct copy(ies) of the attached Motion to Amend Judgment upon the following parties/persons:

To: Office of the Clerk

U.S. District Court

844 N. King Street

Lockbox 18

Wilmington, De 19801

To: Office of the Attorney General

820 N. French Street

Wilmington, De 19801

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the James T. Vaughn Correction Center, Smyrna, DE 19977.

On this 13th day of August, 2008

*Jesus Diaz*

Jesus Diaz

SBI # 474251



I/M Jesus Diaz
SBI# 474251 UNIT V-B-2
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 1987
14 AUG 2008 PM 2 L

To: Office of the Clerk
U.S. District Court
844 N. King Street
lockbox 18
Wilmington, De 19801