NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER:_____
                              (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 06-550-SLR

Jesus Diaz

v.

DISTRICT COURT
JUDGE: SLR

Warden Thomas Carroll, C.M.S. Inc., Cpl. Merson, Cindy Atallian

Notice is hereby given that **Jesus Diaz**

Appeals to the United States Court of Appeals for the Third Circuit from ☐ Judgment ☒ Order,

☐ Other (specify)

Entered in this action on 7-28-08

Dated: 8-22-08

_____*Jesus Diaz*_____
(Counsel for Appellant-Signature)

Jesus Diaz
(Name of Counsel – Typed)

1181 Paddock Road
(Address)

Smyrna, De 19977
(City, State Zip)

N/A
(Telephone Number)

Eric Scott Thompson, Kevin J. Connors
Counsel for Appellee

Unknown
(Address)

Unknown
(City, State Zip)

Unknown
Telephone Number

NOTED: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal

FILED

AUG 2 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Certificate of Service

      I, Jose Diaz hereby certify that I have served a true and correct copy(ies) of the attached Notice to Appeal upon the following parties/persons:

To: U.S. District Court

    844 King Street

    Lock Box 18

    Wilmington, De 19801

    (3 Copies)

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the James T. Vaughn Correction Center, Smyrna, DE 19977.

On this 22nd day of August, 2008

                                    *Jesus Diaz* (signature)

                                    SBI # 474251

FM: Jesus Diaz
SBI# 474251  UNIT V-B-2
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: U.S District Court
844 King Street
Lock Box 18
Wilmington, DE 19801

SOUTH JERSEY NJ 080
23 AUG 2008 PM 4 T